**Superior Court of Arizona**
**In Maricopa County**

MICHAEL K JEANES, CLERK
BY R. Romero
DEP
FILED

**Case Number** _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes  13 DEC -6  AM 8:08

If yes, what language: _____

**Plaintiff's Attorney:**
_Charity Clark_

To the best of my knowledge, all information is true and correct.

**Attorney's Bar Number:** _029829_

Attorney/Pro Per Signature (If no attorney, YOUR signature)

Plaintiff's Name(s): (List all)
_JESSIE THORNTON_

Plaintiff's Address:
c/o Marc J. Victor, P.C.

(List additional plaintiffs on page two and/or attach a separate sheet).  CV2013-096393

Defendant's Name(s): (List all.)                    CV2013-096393

_CITY OF SURPRISE; J.J. OTTERMAN AND JANE DOE OTTERMAN_

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy
(if applicable)                    ☐ OSC – Order to Show Cause    ☐ Election Challenge
                                   ☐ Employer Sanction            ☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

**NATURE OF ACTION**
(Place an **"X"** next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☒ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
   ☐ 136 Six to Nineteen Structures
   ☐ 137 Twenty or More Structures

## 150-199  OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream  Adjudication)
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
☐ 194-Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL CASE TYPES:

☐ Notice of Appeal pursuant to A.R.S. § 12-904
   (formerly "Administrative Review")
   (Use lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax
Court)

**Case No.** _____

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other

_____
(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

MICHAEL A JEANES, CLERK
BY *R. Romero*
DEP
FILED

**13 DEC -6 AM 8: 08**

| | |
|---|---|
| 1 | **MARC J. VICTOR, P.C.** |
| | 3920 South Alma School Road, Suite 5 |
| 2 | Chandler, AZ 85248 |
| 3 | Telephone: (480) 455-5229 |
| | Fax: (480) 857-0150 |
| 4 | Charity Clark – SBN 029829 |
| 5 | Charity@AttorneyforFreedom.com |

6   IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7   IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| 8 | JESSIE THORNTON, | No. |
| 9 | Plaintiffs, | CV2013-096393 |
| 10 | vs. | **CERTIFICATE RE** |
| 11 | CITY OF SURPRISE, a jural entity; J.J. | **COMPULSORY ARBITRATION** |
| 12 | OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and | |
| 13 | JANE DOES I-X, BLACK; and WHITE CORPORATIONS I-X; inclusive, | |
| 14 | Defendants. | |
| 15 | | |

16   The undersigned certifies that the largest award sought by the complainant(s),

17   does exceed limits set by Local Rule for compulsory arbitration.  This case is NOT

18   subject to the Uniform Rules of Procedure for Arbitration.

19   RESPECTFULLY SUBMITTED this ____ day of December, 2013.

20   MARC J. VICTOR, P.C.

21   By: _____

22   Charity Clark
     Attorneys for Plaintiff

23

24

25

26

1

MICHAEL K. JEANES
Clerk of the Superior Court
By REGINA ROMERO, Deputy
Date 12/06/2013 Time 08:14:17
Description                    Amount
--------- CASE# CV2013-096393 ---------
CIVIL NEW COMPLAINT            319.00
---------------------------------------
TOTAL AMOUNT                   319.00
       Receipt# 23414166

**MARC J. VICTOR, P.C.**
3920 South Alma School Road, Suite 5
Chandler, AZ  85248
Telephone:  (480) 455-5229
Fax:  (480) 857-0150
Charity Clark – SBN 029829
Charity@AttorneyforFreedom.com

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JESSIE THORNTON, | No. |
| | CV2013-096393 |
| Plaintiffs, | |
| vs. | **COMPLAINT** |
| | (Tort – Non-Motor Vehicle) |
| CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and JANE DOES I-X, BLACK; and WHITE CORPORATIONS I-X; inclusive, | |
| Defendants. | |

Plaintiff JESSIE THORNTON, by and through undersigned counsel, for his Complaint against Defendants, alleges as follows:

1.      At all times material hereto, Plaintiff JESSIE THORNTON was a resident of Maricopa County.

2.      Upon information and belief, at all times material hereto, Defendant J.J. OTTERMAN, was a resident of Maricopa County.

3.      At all times material hereto, Defendant J.J. OTTERMAN, was acting in his capacity as an employee of the City Defendant through his employment with the Surprise Police Department, and the City Defendant is liable for the acts of its employees under the legal theory of *respondeat superior*.

1

4.     Defendant, CITY OF SURPRISE ("City Defendant"), is a jural entity subject to suit

5.     Plaintiff, JESSIE THORNTON, served a Notice of Claim in compliance with A.R.S. § 12-8201.01 upon the appropriate individuals on April 30, 2013.

6.     Plaintiff, JESSIE THORNTON, complied with the Notice of Claim requirements under State law perfecting his right to pursue a claim before this court.

7.     Defendant JANE DOE OTTERMAN is a fictitious name for the spouse of Defendant J.J. OTTERMAN.  Plaintiff will seek leave of the Court to amend this Complaint to set forth the true identities of this person once it becomes known.

8.     Defendants John and Jane Does I-X, Black Corporations I-X, and White Partnerships I-X are persons or entities whose names are not currently known to Plaintiff but who are responsible to Plaintiff for the acts complained of herein. Plaintiff will seek leave of the Court to amend this Complaint to set forth the true identities of those persons or entities once they become known.

9.     All events giving rise to this cause of action occurred in the County of Maricopa, the State of Arizona, making jurisdiction and venue proper in this court.

## COUNT I – NEGLIGENCE; GROSS NEGLIGENCE

10.     Plaintiff JESSE THORNTON incorporates herein the allegations in the preceding paragraphs.

11.     Since 2009 to the Present, Plaintiff JESSIE THORNTON has been subjected to continuous and systematic racial profiling and harassment by the Surprise Police Department, a subpart of the City Defendant.

12.     This systematic harassment included an incident in which Plaintiff JESSIE THORNTON was cited for failing to have a license in his possession, when at the time of the stop, JESSIE THORNTON'S license was in his gym bag in the

2

backseat of the car he was driving, and the Surprise Police Officer would not allow him to retrieve it.

13.    On or about December 7, 2012, this systematic harassment culminated when Plaintiff JESSIE THORNTON was taken into custody by Defendant J.J. OTTERMAN.

14.    On or about December 7, 2012, Plaintiff JESSE THORNTON was unlawfully stopped by Defendant J.J. OTTERMAN, who on information or belief knowingly lacked the required reasonable suspicion to stop JESSE THORNTON'S vehicle.

15.    On or about December 7, 2012, Defendant J.J. OTTERMAN claimed that Plaintiff JESSE THORNTON'S eyes were bloodshot, but at the time, Plaintiff JESSE THORNTON was wearing glasses and Defendant J.J. OTTERMAN could not clearly see his eyes.

16.    On or about December 7, 2012, during the stop, Defendant J.J. OTTERMAN was intentionally aggressive with plaintiff JESSE THORNTON and failed to conduct a proper DUI investigation.

17.    On or about December 7, 2012, Defendant J.J. OTTERMAN performed a series of field sobriety tests on Plaintiff JESSE THORNTON, but intentionally failed to consider information provided by Plaintiff JESSE THORNTON that he had knee and hip injuries, which severely affected the outcome of the DUI investigation.

18.    On or about December 7, 2012, Defendant J.J. OTTERMAN arrested Plaintiff JESSE THORNTON despite knowingly having insufficient probable cause to do so.

19.    Upon information and belief, Plaintiff JESSE THORNTON maintained throughout the traffic stop and unlawful arrest that he was not impaired and had consumed no alcohol or drugs other than his blood pressure medication, which would not cause impairment.

3

20.     On or about December 7, 2012, Defendant J.J. OTTERMAN transported Plaintiff JESSE THORNTON to the Surprise Police Station.

21.     On or about December 7, 2012, Defendant J.J. OTTERMAN had Plaintiff JESSE THORNTON submit to an intoxylizer test, the results of which showed Plaintiff JESSE THORNTON'S BAC at 0.000.

22.     On or about December 7, 2012, Officer Boothe, a trained drug recognition expert with Surprise Police Department, evaluated the Plaintiff JESSE THORNTON and found him to be both cordial and cooperative, exhibited no signs of impairment, and was not under the influence of any drugs or alcohol.

23.     Upon information and belief, Officer Boothe conveyed his findings to Defendant J.J. OTTERMAN.

24.     On or about December 7, 2012, despite Officer Boothe's evaluation and findings, Defendant J.J. OTTERMAN forced Plaintiff JESSE THORNTON to submit to a blood draw.

25.     Plaintiff JESSE THORNTON'S blood results came back indicating no presence of drugs or alcohol.

26.     On or about December 7, 2012, Defendant J.J. OTTERMAN, with full knowledge of doing so, wrongfully cited Plaintiff JESSE THORNTON with Driving Under the Influence, Impaired to the Slightest Degree.

27.     Plaintiff JESSE THORNTON was forced to retain counsel to represent him, as a result of Defendant J.J. OTTERMAN'S wrongful charging.

28.     On or about February 5, 2013, the court dismissed the case against Plaintiff JESSE THORNTON.

29.     On or about April 17, 2013, the Honorable Ruth H. Hillard with the Superior Court of Arizona granted a petition submitted by Plaintiff JESSE THORNTON finding him innocent of charges and clearing his record pursuant to A.R.S. § 13-4051.

30.     Plaintiff JESSE THORNTON was subjected to intentional harassment and racial discrimination by Defendant J.J. OTTERMAN and the City Defendant.

**WHEREFORE**, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.    For Plaintiff's general and compensatory damages;

2.    For Plaintiff's special damages incurred to date and to be incurred in the future for necessary medical and related expenses;

3.    For Plaintiff's damages for physical injuries, physical and mental pain and suffering and limitation of normal activities, both past and future, in an amount to be proven at trial.

4.  For Plaintiff's costs incurred herein;

5.  For pre-judgment and post-judgment interest at the maximum legal rate allowed by the Court;

6.     For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this ___ day of December, 2013.

MARC J. VICTOR, P.C.

By: _____
Charity Clark
3920 S. Alma School Road, Suite 5
Chandler, AZ 85248
Attorneys for Plaintiff

MARC J. VICTOR P.C.
3920 S. Alma School Road, Suite 5
Chandler, AZ 85248
480-755-5233
Marc J. Victor – SBN 016064

MICHAEL K. JEANES, CLERK
BY. *M. Carpenter* DEP –

FILED

14 JAN -2 PM 3: 44

**ORIGINAL**   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

| | | |
|---|---|---|
| JESSIE THORNTON, | ) | NO: CV2013-096393 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **DECLARATION OF SERVICE BY** |
| | ) | **A PRIVATE PROCESS SERVER** |
| CITY OF SURPRISE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

I, Maurie Hall, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon THE CITY OF SURPRISE CITY CLERK by leaving documents with Linda Stevens (deputy city clerk) at 16000 N. Civic Center Plaza Surprise, AZ on December 31, 2013 at 2:54 pm. *Note: Linda stated that she is authorized to accept service.

Description: Approx. Height: 5'- 3" Approx. Weight: 160lbs Race: White Hair: Brown Eyes: Brown
        Approx. Age: 50's

DATED: *12/31/13*                     *Maurie Hall*
                                      MAURIE HALL

*I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.*

| Charge: | | | |
|---|---|---|---|
| | Mileage one way 42 x 2.40 = 100.80 | | |
| | Service | 1 x 16.00 | |
| | Doc Prep | 1 x 10.00 | Rush Hour Legal Service |
| | Rush Fee | 00.00 | P.O. Box 30997 |
| | Total | 126.80 | Mesa, AZ 85275-0997 |
| | | | (480)-797-9483 |

MARC J. VICTOR P.C.
3920 S. Alma School Road, Suite 5
Chandler, AZ 85248
480-755-5233
Marc J. Victor – SBN 016064



MICHAEL K. JEANES, CLERK
BY
M. Guinard
DEP
FILED
14 JAN -6 AM 11: 48

ORIGINAL

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

| | | |
|---|---|---|
| JESSIE THORNTON, | ) | **NO: CV2013-096393** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **DECLARATION OF SERVICE BY** |
| | ) | **A PRIVATE PROCESS SERVER** |
| CITY OF SURPRISE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

I, Maurie Hall, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon J.J. OTTERMAN personally at his work place at 14250 W. Statler Plaza Suite 103 Surprise, AZ on January 2, 2014 at 8:46 pm. *Note: I called Officer Otterman and he agreed to meet me before his shift and accepted the documents.

Description: Approx. Height: 5'- 7" Approx. Weight: 130lbs Race: White Hair: Brown Eyes: Blue
Approx. Age: 20's

DATED: 1/2/14

*Maurie Hall*
MAURIE HALL

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| Charge: | | |
|---|---|---|
| Mileage one way 42 x 2.40 = 100.80 | | |
| Service | 1 x 16.00 | |
| Doc Prep | 1 x 10.00 | |
| Rush Fee | 00.00 | |
| Total | 126.80 | |

Rush Hour Legal Service
P.O. Box 30997
Mesa, AZ 85275-0997
(480)-797-9483

MARC J. VICTOR P.C.
3920 S. Alma School Road, Suite 5
Chandler, AZ 85248
480-755-5233
Marc J. Victor – SBN 016064

MICHAEL K. JEANES, CLERK
BY                              DEP
*M. Guinard*
FILED

`14 JAN -6 AM 11: 49

# ORIGINAL IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | | |
|---|---|---|
| JESSIE THORNTON, | ) | NO: CV2013-096393 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **DECLARATION OF SERVICE BY** |
| | ) | **A PRIVATE PROCESS SERVER** |
| CITY OF SURPRISE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

I, Maurie Hall, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon JESSICA OTTERMAN by leaving documents with her husband Officer J.J. Otterman at his work place at 14250 W. Statler Plaza Suite 103 Surprise, AZ on January 2, 2014 at 8:46 pm. *Note: I called Officer Otterman and he agreed to meet me before his shift and accepted the documents. He stated that he would accept his wife's copy of the documents. He did not want to give his home address out, being a police officer.

Description: Approx. Height: 5'- 7" Approx. Weight: 130lbs Race: White Hair: Brown Eyes: Blue
            Approx. Age: 20's

DATED: 1/2/14                          *Maurie Hall*
                                       MAURIE HALL

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

| Charge: | Mileage one way 0 | | |
|---|---|---|---|
| | Service | 1 x 16.00 | Rush Hour Legal Service |
| | Doc Prep | 1 x 10.00 | P.O. Box 30997 |
| | Rush Fee | 00.00 | Mesa, AZ 85275-0997 |
| | Total | 26.00 | (480)-797-9483 |

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Marchand, Deputy
2/7/2014 3:30:00 PM
Filing ID 5698792

Larry J. Crown (No. 013133)
E-mail: ljc@jhc-law.com
Elan S. Mizrahi (No. 017388)
E-mail: esm@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:  602-234-7800
Facsimile:   602-277-5595
Court Documents:  docket@jhc-law.com

*Attorneys for Defendants*

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| JESSIE THORNTON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and JANE DOES I-X; BLACK and WHITE CORPORATIONS I-X, inclusive,<br><br>                    Defendants. | Case No.:  CV2013-096393<br><br>**DEFENDANTS' DEMAND FOR JURY TRIAL**<br><br>(Assigned to the Hon. David K. Udall) |

         Defendants City of Surprise and J.J. Otterman, by and through their undersigned counsel, pursuant to the provisions of Rule 38(c), Ariz.R.Civ.P., hereby demand a trial by jury in the above-entitled action.

         DATED this __7th__ day of February, 2014.

                                              JENNINGS, HAUG & CUNNINGHAM, L.L.P.


                                              /s/ *Elan S. Mizrahi*
                                              LARRY J. CROWN
                                              ELAN S. MIZRAHI
                                              *Attorneys for Defendants City of Surprise and Otterman*

. . .

. . .

ORIGINAL of the foregoing filed
electronically via AZTurboCourt on
this  7th  day of February, 2014 with:

The Clerk of the Court
Maricopa County Superior Court
201 West Jefferson Street
Phoenix, Arizona  85003-2243

COPY of the foregoing delivered
electronically this  7th  day of February,
2014 to:

The Honorable David K. Udall
Maricopa County Superior Court
222 East Javelina – 2E
Mesa, AZ

COPY of the foregoing mailed on
this  7th  day of February, 2014 to:

Charity Clark, Esq.
**MARC J. VICTOR, P.C.**
3920 S. Alma School Road, Suite 5
Chandler, AZ  85248
*Attorneys for Plaintiff*


/s/ *Karin A. Meister*

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
2/7/2014 3:26:00 PM
Filing ID 5698766

Larry J. Crown (No. 013133)
E-mail: ljc@jhc-law.com
Elan S. Mizrahi (No. 017388)
E-mail: esm@jhc-law.com
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:  602-234-7800
Facsimile:    602-277-5595
Court Documents:  docket@jhc-law.com

*Attorneys for Defendants*

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| JESSIE THORNTON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF SURPRISE, a jural entity; J.J.<br>OTTERMAN and JANE DOE OTTERMAN,<br>husband and wife; JOHN and JANE DOES<br>I-X; BLACK and WHITE CORPORATIONS<br>I-X, inclusive,<br><br>                    Defendants. | Case No.:  CV2013-096393<br><br>**CERTIFICATE OF AGREEMENT<br>REGARDING COMPULSORY<br>ARBITRATION**<br><br>(Assigned to the Hon. David K. Udall) |

    Defendants City of Surprise and J.J. Otterman, by and through their undersigned

counsel, hereby certify that the largest award sought by the Plaintiff, including punitive

damages but excluding interest, attorney's fees and costs <u>does</u> exceed the limited set by

Local Rule for compulsory arbitration.  This case <u>is not</u> subject to compulsory arbitration, as

provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure for Arbitration.

    DATED this  7th  day of February, 2014.

                                        JENNINGS, HAUG & CUNNINGHAM, L.L.P.


                                        /s/ *Elan S. Mizrahi*
                                        _____
                                        LARRY J. CROWN
                                        ELAN S. MIZRAHI
                                        *Attorneys for Defendants City of Surprise and*
                                        *Otterman*

ORIGINAL of the foregoing filed
electronically via AZTurboCourt on
this _7th_ day of February, 2014 with:

The Clerk of the Court
Maricopa County Superior Court
201 West Jefferson Street
Phoenix, Arizona  85003-2243

COPY of the foregoing delivered
electronically this _7th_ day of February,
2014 to:

The Honorable David K. Udall
Maricopa County Superior Court
222 East Javelina – 2E
Mesa, AZ

COPY of the foregoing mailed on
this _7th_ day of February, 2014 to:

Charity Clark, Esq.
**MARC J. VICTOR, P.C.**
3920 S. Alma School Road, Suite 5
Chandler, AZ  85248
*Attorneys for Plaintiff*


/s/ *Karin A. Meister*

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
2/7/2014 3:20:00 PM
Filing ID 5698847

Larry J. Crown (No. 013133)
E-mail: ljc@jhc-law.com
Elan S. Mizrahi (No. 017388)
E-mail: esm@jhc-law.com
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
Telephone:  602-234-7800
Facsimile:   602-277-5595
Court Documents:  docket@jhc-law.com

*Attorneys for Defendants*

## SUPERIOR COURT OF ARIZONA

## MARICOPA COUNTY

| | |
|---|---|
| JESSIE THORNTON,<br><br>              Plaintiff,<br><br>     vs.<br><br>CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and JANE DOES I-X; BLACK and WHITE CORPORATIONS I-X, inclusive,<br><br>              Defendants. | Case No.:   CV2013-096393<br><br>**DEFENDANTS' ANSWER TO THE COMPLAINT**<br><br>(Assigned to the Hon. David K. Udall) |

Defendants City of Surprise and J.J. Otterman, by and through their undersigned counsel, and for their answer to Plaintiff's Complaint, hereby allege as follows:

1.     Defendants have insufficient information to either admit or deny the allegations contained in paragraph 1, therefore deny the same and demand strict proof thereof.

2.     Answering paragraph 2, Defendants admit the allegations contained therein.

3.     Answering paragraph 3, Defendants admit that Officer Otterman was acting in his capacity as an employee of the City of Surprise regarding the subject matter of Plaintiff's Complaint, but deny the remaining allegations contained in paragraph 3.

4.     Answering paragraph 4, Defendants admit the allegations contained therein.

5.      Answering paragraph 5, Defendants admit that Plaintiff submitted a Notice of Claim, but reserve the right to challenge the legal sufficiency of the same.

6.      Defendants deny the allegations of paragraph

7.      Defendants have insufficient information to either admit or deny the allegations contained in paragraph 7, therefore deny the same and demand strict proof thereof.

8.      Defendants have insufficient information to either admit or deny the allegations contained in paragraph 8, therefore deny the same and demand strict proof thereof.

9.      Defendants admit that jurisdiction and venue are proper but deny the remaining allegations contained in paragraph 9.

**COUNT I – NEGLIGENCE; GROSS NEGLIGENCE**

10.     Defendants incorporate all of their allegations in this Answer as if fully set forth herein.

11.     Defendants deny the allegations of paragraph 11.

12.     Defendants deny the allegations of paragraph 12.

13.     Defendants deny the allegations of paragraph 13.

14.     Defendants deny the allegations of paragraph 14.

15.     Defendants deny the allegations of paragraph 15.

16.     Defendants deny the allegations of paragraph 16.

17.     Defendants deny the allegations of paragraph 17.

18.     Defendants deny the allegations of paragraph 18.

19.     Defendants deny the allegations of paragraph 19.

20.     Defendants admit the allegations of paragraph 20.

21.     Defendants admit the allegations of paragraph 21.

22.     Defendants admit the allegation of paragraph 22 that Officer Boothe opined that Plaintiff was not under the influence of drugs or alcohol.  Defendants deny the remaining allegations contained in paragraph 22.

23.     Defendants have insufficient information to either admit or deny the allegations contained in paragraph 23, therefore deny the same and demand strict proof thereof.

24.     Defendants deny the allegations of paragraph 24.

25.     Defendants admit the allegations in paragraph 25.

26.     Defendants deny the allegations of paragraph 26.

27.     Defendants have insufficient information to either admit or deny the allegations contained in paragraph 8, therefore deny the same and demand strict proof thereof.

28.     Defendants have insufficient information to either admit or deny the allegations contained in paragraph 8, therefore deny the same and demand strict proof thereof.

29.     Defendants have insufficient information to either admit or deny the allegations contained in paragraph 8, therefore deny the same and demand strict proof thereof.

30.     Defendants deny the allegations of paragraph 30.


**AFFIRMATIVE DEFENSES**

1.     Defendants deny any allegation not specifically admitted.

2.     Plaintiff's Complaint fails to state a claim upon which relief can be granted.

3.     Plaintiff's damages, if any, were wholly or proximately caused or contributed to by Plaintiff's own intentional and negligent conduct or the intentional or negligent conduct of persons or entities over which these answering Defendants have no control.

4.     Defendants' conduct was, at all times, lawful and within the appropriate standard of care.

5.     Defendants did not breach any duty.

6.     Plaintiff's claims of damages lack causation.

7.     Plaintiff has not been damaged.

3

8.      Plaintiff's damages claim amount is speculative.

9.      Plaintiff has failed to mitigate his damages.

10.     Defendants are protected by absolute and qualified immunity.

11.     Defendants are not liable pursuant to the immunity provisions of A.R.S. § 12-820, *et seq.*

12.     A.R.S. § 12-820.04 provides that neither public entities nor public employees are liable for punitive damages.

13.     Defendants reserve and assert all affirmative defenses contained in Rules 8(c) and 12(b) Fed. R. Civ. P.

14.     Officer Otterman acted with probable cause.

15.     Officer Otterman used reasonable force under the totality of the circumstances under the Fourth Amendment and *Graham v. Connor.*

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants request that same be dismissed, that Plaintiff takes nothing thereby, for Defendants' costs incurred herein pursuant to A.R.S. § 12-341, and for such other and further relief as this Court deems just and equitable under the circumstances.

DATED this  7th  day of February, 2014.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/ *Elan S. Mizrahi*

LARRY J. CROWN
ELAN S. MIZRAHI
*Attorneys for Defendants City of Surprise and Otterman*

ORIGINAL of the foregoing filed
electronically via AZTurboCourt on
this  7th  day of February, 2014 with:

The Clerk of the Court
Maricopa County Superior Court
201 West Jefferson Street
Phoenix, Arizona  85003-2243

4

COPY of the foregoing delivered
electronically this __7th__ day of February,
2014 to:

The Honorable David K. Udall
Maricopa County Superior Court
222 East Javelina – 2E
Mesa, AZ

COPY of the foregoing mailed on
this __7th__ day of February, 2014 to:

Charity Clark, Esq.
**MARC J. VICTOR, P.C.**
3920 S. Alma School Road, Suite 5
Chandler, AZ  85248
*Attorneys for Plaintiff*


/s/ *Karin A. Meister*

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Paigen, Deputy
4/11/2014 5:08:00 PM
Filing ID 5816733

1    Larry J. Crown (No. 013133)
     E-mail:  ljc@jhc-law.com
2    Elan S. Mizrahi (No. 017388)
     **JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
3    2800 North Central Avenue, Suite 1800
     Phoenix, AZ  85004-1049
4    Telephone:     602-234-7800
     Facsimile:      602-277-5595

5

6    AZTurboCourt E-service and
     Court Documents:  docket@jhc-law.com

7    Attorneys for Defendants

8

9                   **SUPERIOR COURT OF ARIZONA**

10                      **MARICOPA COUNTY**

11    JESSIE THORNTON,               Case No.: CV2013-096393

12               Plaintiff,         **NOTICE OF SERVICE OF OFFER**
                                           **OF JUDGMENT TO PLAINTIFF**

13    vs.

14    CITY OF SURPRISE, a jural entity;
     J.J. OTTERMAN and JANE DOE
15    OTTERMAN, husband and wife; JOHN
     and JANE DOES I-X, BLACK; and
16    WHITE CORPORATIONS I-X, inclusive,

17              Defendants.

18

19       Notice is hereby given that Defendants City of Surprise and J.J. Otterman jointly

20    have, this date, pursuant to Rule 68, Ariz.R.Civ.P., served upon Plaintiff Jessie Thornton an

21    Offer of Judgment.

22       DATED this 11th day of April, 2014.

23                       JENNINGS, HAUG & CUNNINGHAM, L.L.P.

24

25                       /s/ Elan S. Mizrahi
                      Larry J. Crown
26                       Elan S. Mizrahi
                      Attorneys for Defendants

27

28

1   Original of the foregoing e-filed
    this 11th day of April, 2014

2
    Copy of the foregoing mailed
3   this 11th day of April, 2014, to:

4   Charity Clark, Esq.
    Marc J. Victor, P.C.
5   3920 S. Alma School Road, Suite 5
    Chandler, AZ  85248
6   Attorneys for Plaintiff

7

    /s/ T. Kido
8   2015-90 tk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
05/14/2014
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

05/10/2014

COURT ADMINISTRATION

**CASE NUMBER:** CV2013-096393

**Jessie Thornton**

**V.**

**City Of Surprise**

---

The Judge assigned to this action is the Honorable David K. Udall

## 150 DAY ORDER

This action was filed more than 150 days ago. If there is any conflict between this order and any order from the assigned judge, the assigned judge's order governs. This order provides notice of requirements, pursuant to Rule 38. 1, Arizona Rules of Civil Procedure. Rule 38. 1 applies to all civil actions including those cases subject to and in arbitration, except cases listed under Rule 16 (b) Arizona Rules of Civil Procedure.

IT IS HEREBY ORDERED:

Rule 38. 1 will be strictly enforced. The parties shall e-file the following documents:

1.  A Joint Report and Proposed Joint Scheduling Order, Rule 16 (b) (c) or an Appeal from Arbitration on or before 9/2/2014 12:00:00AM. If Rule 38.1 is not complied with, the case will be placed on the Dismissal Calendar on the date shown above and it will be dismissed pursuant to Rule 38.1(f) without further notice, on or after 11/3/2014 12:00:00AM. *

2.  All parties shall submit their specific objections to witnesses and exhibits listed by other parties in the Joint Pretrial Statement. Reserving all objections to witnesses or exhibits until time of trial will not be permitted.

IF THIS IS AN ARBITRATION CASE. If this case is subject to mandatory arbitration, Rule 74 (b) of the Arizona Rules of Civil Procedure establishes the time for beginning the arbitration hearing. In light of the deadlines established by Rule 38. 1 (d), counsel should be sure that arbitrators are timely appointed and that arbitrators complete the arbitration process within the time provided under Rule 38.1(f). As Rule 77(a) of the Arizona Rules of Civil Procedure provides if parties wish to appeal the arbitration decision, they shall file an Appeal from Arbitration and Motion to Set for Trial within 20 days after either the filing of the award or the notice of the arbitrator's decision becomes an award under Rule 76(b), whichever comes first.

Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**

05/14/2014

by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

05/10/2014

COURT ADMINISTRATION

**CASE NUMBER:** CV2013-096393

**Jessie Thornton**

**V.**

**City Of Surprise**

---

EXTENSIONS OF TIME TO SERVE PROCESS.  If there has been an extension of time to serve the summons and complaint, (a) Rule 38. 1(f) still applies and (b) some parties and counsel may not receive a copy of this order.  Plaintiff should send copies to each of them and retain a copy of the transmittal letter.

ALTERNATIVE DISPUTE RESOLUTION.  Pursuant to Rule 1 6 (b), (c) Arizona Rules of Civil Procedures, counsel for the parties, or the parties if not represented by counsel shall confer regarding the feasibility of resolving the parties' dispute through alternative dispute resolution  methods such as mediation or arbitration with a mediator or arbitrator agreed to by the parties.  Counsel shall discuss with their clients the resolution of the dispute through an alternative dispute resolution method prior to the conference with opposing counsel.

*RELIEF FROM  RULE 38.1 DEADLINES;CONTINUANCES ON THE DISMISSAL CALENDAR. The rules require a Joint Report and Joint Scheduling Order within 270 days after the action is filed.

For good cause, the assigned judge may extend time for dismissal or continue the action on the Dismissal Calendar to an appropriate date. If an arbitration hearing has been held, or is set in the near future, the date of that hearing should be included in any motion to extend Rule 38.1 deadlines or to continue on the Dismissal Calendar. Stipulations to continue and delays for settlement negotiations are not good cause. Except in extraordinary cases, the court will not grant trial continuances based on late discovery.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number:  CV2013-096393

| Party Name | Attorney Name | |
| --- | --- | --- |
| Jessie Thornton | Charity E Clark | Bar ID:  029829 |
| City Of Surprise | ELAN MIZRAHI | Bar ID:  017388 |
| J J Otterman | ELAN MIZRAHI | Bar ID:  017388 |

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Laird, Deputy
8/27/2014 1:18:00 PM
Filing ID 6078539

1  **MARC J. VICTOR, P.C.**
2  3920 South Alma School Road, Suite 5
   Chandler, AZ  85248
3  Telephone:  (480) 455-5229
   Fax:  (480) 857-0150
4  Marc J. Victor – SBN 016064
   Richard A. Cruz – SBN 023164
5  Richard@AttorneyforFreedom.com
6  Attorneys for Plaintiff

7            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF MARICOPA

9

10  JESSIE THORNTON,                     |   No. CV2013-096393
                                          |
11          Plaintiffs,                   |
            vs.                           |
12                                        |   **NOTICE OF SUBSTITUTION OF**
                                          |   **COUNSEL WITHIN MARC J.**
13  CITY OF SURPRISE, a jural entity; J.J.|   **VICTOR, P.C. FIRM**
    OTTERMAN and JANE DOE                 |
14  OTTERMAN, husband and wife; JOHN and  |
    JANE DOES I-X, BLACK; and WHITE       |
15  CORPORATIONS I-X; inclusive,          |
                                          |
16          Defendants.                   |
                                          |
17  _____

18          NOTICE IS HEREBY GIVEN that Attorney Richard A. Cruz, is hereby

19  substituted for Charity Clark as counsel for Plaintiff in the above referenced case.

20  Charity Clark is no longer with the firm.

21          RESPECTFULLY SUBMITTED this 27th day of August, 2014.

22                                  MARC J. VICTOR, P.C.

23                                  By: /s/ Richard A. Cruz
24                                      Marc J. Victor
                                        Richard A. Cruz
25                                      3920 S. Alma School Road, Suite 5
                                        Chandler, AZ 85248
26                                      Attorneys for Plaintiff

                                          1

1  **ORIGINAL** of the foregoing *E-filed*
   this 27th day of August, 2014, with:
2

3  Clerk of Court
   Maricopa County Superior Court
4

5  **COPY** of the foregoing *emailed*
   this 27th day of August, 2014, to:
6

7  Larry J. Crown
   Elan S. Mizrahi
8  Jennings, Haug & Cunningham, LLP
   2800 N. Central Avenue, Suite 1800
9  Phoenix, AZ 85004
   ljc@jhc-law.com
10 esm@jhc-law.com
   Attorneys for Defendants
11

12

13 /s/ Kathy Clements

14

15

16

17

18

19

20

21

22

23

24

25

26

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
9/5/2014 9:15:00 AM
Filing ID 6094217

1

**MARC J. VICTOR, P.C.**

2
3920 South Alma School Road, Suite 5
Chandler, AZ  85248

3
Telephone:  (480) 455-5229
Fax:  (480) 857-0150

4
Marc J. Victor – SBN 016064

5
Richard A. Cruz – SBN 023164
Richard@AttorneyforFreedom.com

6
Attorneys for Plaintiff

7

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8
IN AND FOR THE COUNTY OF MARICOPA

9

10
JESSIE THORNTON,                             No. CV2013-096393

11
        Plaintiffs,

12
    vs.                                          **STIPULATED MOTION FOR**
**EXTENSION OF TIME TO FILE**

13
CITY OF SURPRISE, a jural entity; J.J.       **JOINT REPORT AND PROPOSED**
OTTERMAN and JANE DOE                        **JOINT SCHEDULING ORDER**

14
OTTERMAN, husband and wife; JOHN and
JANE DOES I-X, BLACK; and WHITE

15
CORPORATIONS I-X; inclusive,                 *(Assigned to the Honorable David K. Udall)*

16
       Defendants.

17

18
      The Parties stipulate and respectfully request, through their undersigned

19
counsel, a forty-five (45) day extension of time to file their Joint Report and

20
Proposed Scheduling Order.

21
      Plaintiff, Jessie Thornton ("Mr. Thornton") is currently out of state and

22
difficult to reach.  Plaintiff's counsel requires additional time to communicate and

23

24
coordinate scheduling with Mr. Thornton.

25

26

1

1   No Party will be prejudiced by the aforementioned continuation and each

2   Party stipulates to the extension of time proposed herein.

3   WHEREFORE the Parties respectfully request that the Court grant their

4   Motion for a forty-five (45) day extension of time to file a Joint Status Report and

5   Proposed Joint Scheduling Order.

6

7   RESPECTFULLY SUBMITTED this 5th day of September, 2014.

8

9   MARC J. VICTOR, P.C.

10

11   By: /s/ Richard A. Cruz
         Marc J. Victor
12       Richard A. Cruz
         3920 S. Alma School Road, Suite 5
13       Chandler, AZ 85248
         Attorneys for Plaintiff
14

15   JENNINGS, HAUG &
16   CUNNINGHAM L.L.P.

17

18   By: /s/ Elan S. Mizrahi
         Larry J.Crown
19       Elan S. Mizrahi
         2800 N. Central Ave., Suite 1800
20       Phoenix, Arizona  85004
         Attorneys for Defendants
21

22

23

24

25

26

2

1   **ORIGINAL** of the foregoing *E-filed*
2   this 5th day of September, 2014, with:

3   Clerk of Court
    Maricopa County Superior Court
4
5   **COPY** of the foregoing *emailed*
    this 5th day of September, 2014, to:
6
7   Larry J. Crown
    Elan S. Mizrahi
8   Jennings, Haug & Cunningham, LLP
    2800 N. Central Avenue, Suite 1800
9   Phoenix, AZ 85004
    ljc@jhc-law.com
10  esm@jhc-law.com
    Attorneys for Defendants
11

12

13  /s/ Kathy Clements

14

15

16

17

18

19

20

21

22

23

24

25

26

Granted as Submitted
***See eSignature page***

Case 2:15-cr-00236-MHB   Document 1-1   Filed 11/06/15   Page 31 of 50

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
L. Mooney, Deputy
9/11/2014 8:00:00 AM
Filing ID 6101699

**MARC J. VICTOR, P.C.**
3920 South Alma School Road, Suite 5
Chandler, AZ  85248
Telephone:  (480) 455-5229
Fax:  (480) 857-0150
Marc J. Victor – SBN 016064
Richard A. Cruz – SBN 023164
Richard@AttorneyforFreedom.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JESSIE THORNTON, | No. CV2013-096393 |
| Plaintiffs, | |
| vs. | **ORDER** |
| CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and JANE DOES I-X, BLACK; and WHITE CORPORATIONS I-X; inclusive, | |
| Defendants. | |

Upon review of the Parties Stipulated Motion for Extension of Time to File

Joint Report and Proposed Joint Scheduling Order, and good cause appearing,

IT IS HEREBY ORDERED that the Parties Motion is GRANTED.  The Joint

Report and Proposed Joint Scheduling Order shall be filed by Friday, October 17,

2014.

DATED  this _____ day of _____, 2014.


_____
Honorable David K. Udall

1

# eSignature Page 1 of 1

Filing ID: 6101699   Case Number: CV2013-096393
Original Filing ID: 6094217

_____

**Granted as Submitted**



/S/ David Udall Date: 9/9/2014
_____
Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2013-096393                    SIGNATURE DATE: 9/9/2014

E-FILING ID #: 6101699                        FILED DATE: 9/11/2014 8:00:00 AM


ELAN MIZRAHI


RICHARD ALBERT CRUZ


JESSICA OTTERMAN
NO ADDRESS ON RECORD

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
09/16/2014 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-096393                                            09/02/2014


                                            CLERK OF THE COURT
HON. DAVID K. UDALL                                L. Mooney
                                                     Deputy



JESSIE THORNTON                             RICHARD ALBERT CRUZ

v.

CITY OF SURPRISE, et al.                    ELAN MIZRAHI


                                            JESSICA OTTERMAN
                                            NO ADDRESS ON RECORD
                                            CHARITY E CLARK
                                            DOCKET-CIVIL-SE


                    **SUBSTITUTION OF COUNSEL**


        The Court is in receipt of Plaintiff's Notice of Substitution of Counsel within Marc J.
Victor, P.C. Firm, electronically filed on August 27, 2014, and good cause appearing,

        **IT IS ORDERED** granting Plaintiff's Notice of Substitution of Counsel within Marc J.
Victor, P.C. Firm, and allowing Attorney Richard A. Cruz to substitute as attorney of record for
Attorney Charity Clark for Plaintiff Jessie Thornton.

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
10/17/2014 8:29:00 AM
Filing ID 6179671

1   Kevin D. Neal (Bar No. 011640)
    Lincoln Combs (Bar No. 025080)
2   Liana J. Garcia (Bar No. 027452)
    GALLAGHER & KENNEDY, P.A.
3   2575 East Camelback Road
    Phoenix, Arizona 85016-9225
4   Telephone:    (602) 530-8000
    Facsimile:    (602) 530-8500
5   kevin.neal@gknet.com
    lincoln.combs@gknet.com
6   liana.garcia@gknet.com

7   Marc J. Victor (Bar No. 016064)
    Marc J. Victor, P.C.
8   3920 S. Alma School Road, Suite 5
    Chandler, Arizona 85248
9   Telephone: (480) 455-5233
    Fax: (480) 857-0150
10  marc@attorneyforfreedom.com

11  Attorneys for Plaintiff Jessie Thornton

12            **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                     **COUNTY OF MARICOPA**

14
    JESSIE THORNTON,                        No. CV2013-096393
15
                        Plaintiff,          **NOTICE OF ASSOCIATION OF**
16                                          **COUNSEL**
    v.
17                                          (Assigned to the Honorable David K.
    CITY OF SURPRISE, a jural entity; J.J.  Udall)
18  OTTERMAN and JANE DOE
    OTTERMAN, husband and wife; JOHN
19  and JANE DOES I-X; BLACK and WHITE
    CORPORATIONS I-X, inclusive,
20
                        Defendants.
21

22

23          Pursuant to Rule 5.1(a), A.R.C.P., Kevin D. Neal, Lincoln Combs and Liana

24  Garcia of the law firm of Gallagher & Kennedy, P.A., hereby associate as counsel with

25

26

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

Marc J. Victor in the representation of Plaintiff Jessie Thornton in the above-referenced matter.

It is requested that copies of all pleadings and correspondence be served additionally upon such associated counsel.

DATED this 17th day of October, 2014.

GALLAGHER & KENNEDY, P.A.

By: */s/ Kevin D. Neal*

    Kevin D. Neal
    Lincoln Combs
    Liana J. Garcia
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    Attorneys for Plaintiff Jessie Thornton

COPY mailed same day to:

Larry J. Crown
Elan S. Mizrahi
Jennings, Haug & Cunningham, LLP
2800 N. Central Ave, Suite 1800
Phoenix, AZ 85004-1049
*Attorneys for Defendants*

Sharlee Weaver

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Ross, Deputy
10/28/2014 8:22:00 AM
Filing ID 6198827

1   Kevin D. Neal (Bar No. 011640)
    Lincoln Combs (Bar No. 025080)
2   Liana J. Garcia (Bar No. 027452)
    GALLAGHER & KENNEDY, P.A.
3   2575 East Camelback Road
    Phoenix, Arizona  85016-9225
4   Telephone:    (602) 530-8000
    Facsimile:    (602) 530-8500
5   kevin.neal@gknet.com
    lincoln.combs@gknet.com
6   liana.garcia@gknet.com

7   Marc J. Victor (Bar No. 016064)
    Marc J. Victor, P.C.
8   3920 S. Alma School Road, Suite 5
    Chandler, Arizona 85248
9   Telephone:  (480) 455-5233
    Fax:  (480) 857-0150
10  marc@attorneyforfreedom.com

11  Attorneys for Plaintiff Jessie Thornton

12              **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                      **COUNTY OF MARICOPA**

14

|  | |
|---|---|
| 15  JESSIE THORNTON, | No. CV2013-096393 |
| 16                    Plaintiff, | **JOINT REPORT** |
| 17  v. | (Assigned to the Honorable David K. Udall) |
| 18  CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN | |
| 19  and JANE DOES I-X; BLACK and WHITE CORPORATIONS I-X, inclusive, | |
| 20 | |
| 21                    Defendants. | |

22          The parties signing below certify that they have conferred about the matters set

23  forth in Rule 16(d), and that this case is not subject to the mandatory arbitration provisions

24  of Rule 72.  With regard to matters upon which the parties could not agree, they have set

25  forth their positions separately in item 14 below.  The parties are submitting a Proposed

26

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

Scheduling Order with this Joint Report.  Each date in the Joint Report and in the Proposed Scheduling Order includes a calendar month, day, and year.

1.      Brief description of the case:

Plaintiff alleges he was harassed by the Surprise Police Department, who repeatedly stopped him and charged him for minor traffic violations, culminating with a wrongful arrest on December 7, 2012, when Plaintiff was charged with DUI despite any evidence that he was operating a vehicle while impaired to the slightest degree as a result of consuming alcohol or drugs.  Plaintiff alleges violations of his civil rights under the U.S. and Arizona Constitutions.  Plaintiff alleges violations of 18 U.S.C §§ 241 and 242.

Defendants deny Plaintiff's allegations and assert that Plaintiff's Complaint only alleges claims of negligence and gross negligence, which Defendants deny.

2.      Current case status:  Every defendant has been served or dismissed.  [X] yes [] no

• Every party who has not been defaulted has filed a responsive pleading. [X] yes [] no

• Explanation of a "no" response to either of the above statements:

3.      Amendments:  A party anticipates filing an amendment to a pleading that will add a new party to the case: [X] yes [] no.  Plaintiff reserves the right to amend his complaint, if good cause arises based on continuing discovery.

4.      Special case management: Special case management procedures are appropriate: [] yes [X] no   If "yes," the following case management procedures are appropriate because:

5.      Settlement: The parties agree to engage in settlement discussions with [] a settlement judge assigned by the court, or [X] a private mediator.

The parties will be ready for a settlement conference or a private mediation by June 19, 2015.

1          If the parties will not engage in a settlement conference or a private mediation,

2    state the reason(s):

3          6.      Readiness: This case will be ready for trial by November 23, 2015.

4          7.      Jury: A trial by jury is demanded. [X] yes [] no

5          8.      Length of trial: The estimated length of trial is 6 days.

6          9.      Summary jury: The parties agree to a summary jury trial. [] yes [X] no

7          10.      Preference: This case is entitled to a preference for trial pursuant to the

8    following statute or rule:

9          11.      Special requirements: [] At a pretrial conference or [] at trial, a party will

10   require.  No special requirements needed.

11         [] disability accommodations (specify) _____

12         [] an interpreter (specify language) _____

13         12.      Scheduling conference: The parties request a Rule 16(d) scheduling

14   conference. [] yes [X] no

15         If requested, the reasons for having a conference are _____

16         13.      Other matters: Other matters that the parties wish to bring to the court's

17   attention that affect management of this case:

18         14.      Items upon which the parties do not agree: None identified.

19

20

21

22

23

24

25

26

1

DATED this 17th day of October, 2014.

2

GALLAGHER & KENNEDY, P.A.

3

4

5

By: */s/ Liana J. Garcia*

Kevin D. Neal

6

Lincoln Combs

Liana J. Garcia

7

2575 East Camelback Road

Phoenix, Arizona  85016-9225

8

Attorneys for Plaintiff Jessie Thornton

9

JENNINGS, HAUG & CUNNINGHAM,

LLP

10

11

By:  */s/ Elan S. Mizrahi*

Larry J. Crown

12

Elan S. Mizrahi

2800 N. Central Ave, Suite 1800

13

Phoenix, AZ 85004-1049

Attorneys for Defendants

14

COPY mailed same day to:

15

Larry J. Crown

16

Elan S. Mizrahi

Jennings, Haug & Cunningham, LLP

17

2800 N. Central Ave, Suite 1800

Phoenix, AZ 85004-1049

18

*Attorneys for Defendants*

19

Sharlee Weaver

20

21

22

23

24

25

26

1  Kevin D. Neal (Bar No. 011640)
   Lincoln Combs (Bar No. 025080)
2  Liana J. Garcia (Bar No. 027452)
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona  85016-9225
4  Telephone:   (602) 530-8000
   Facsimile:   (602) 530-8500
5  kevin.neal@gknet.com
   lincoln.combs@gknet.com
6  liana.garcia@gknet.com

7  Marc J. Victor (Bar No. 016064)
   Marc J. Victor, P.C.
8  3920 S. Alma School Road, Suite 5
   Chandler, Arizona 85248
9  Telephone: (480) 455-5233
   Fax: (480) 857-0150
10 marc@attorneyforfreedom.com

11 Attorneys for Plaintiff Jessie Thornton

12              **SUPERIOR COURT OF THE STATE OF ARIZONA**
13                      **COUNTY OF MARICOPA**
14

15 JESSIE THORNTON,                          No. CV2013-096393

16              Plaintiff,                    **SCHEDULING ORDER**

17 v.                                         (Assigned to the Honorable David K.
                                              Udall)
18 CITY OF SURPRISE, a jural entity; J.J.
   OTTERMAN and JANE DOE
19 OTTERMAN, husband and wife; JOHN
   and JANE DOES I-X; BLACK and WHITE
20 CORPORATIONS I-X, inclusive,

21              Defendants.

22

23     Upon consideration of the parties' Joint Report, the court orders as follows:

24     1.    Initial disclosure: The parties have exchanged their initial disclosure
   statements, or will exchange them no later than October 24, 2014.
25
       2.    Expert witness disclosure: The parties shall simultaneously disclose areas of
26 expert testimony by November 21, 2014.

FILED
10/30/14 - 4:00 PM
MICHAEL K. JEANES, Clerk
By _____
L. MOONEY, Deputy

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

3.     Plaintiff shall disclose the identity and opinions of experts by March 27, 2015.  Defendant shall disclose the identity and opinions of experts by April 27, 2015.

The parties shall simultaneously disclose their rebuttal expert opinions by May 27, 2015.

4.     Lay (non-expert) witness disclosure: The parties shall disclose all lay witnesses by June 19, 2014.

5.     Final supplemental disclosure: Each party shall provide final supplemental disclosure by June 30, 2015. This order does not replace the parties' obligation to seasonably disclose Rule 26.1 information on an on-going basis and as it becomes available. No party shall use any lay witness, expert witness, expert opinion, or exhibit at trial not disclosed in a timely manner, except upon order of the court for good cause shown or upon a written or an on-the-record agreement of the parties.

6.     Discovery deadlines: The parties will propound all discovery undertaken pursuant to Rules 33 through 36 by July 17, 2015. The parties will complete the depositions of parties and lay witnesses by July 9, 2015, and will complete the depositions of expert witnesses by July 9, 2015. The parties will complete all other discovery by July 31, 2015. ("Complete discovery" includes conclusion of all depositions and submission of full and final responses to written discovery.)

7.     Settlement conference or private mediation:

[] Referral to ADR for a settlement conference: The clerk or the court will issue a referral to ADR by a separate minute entry.

[X] Private mediation: The parties shall participate in mediation using a private mediator agreed to by the parties. The parties shall complete the mediation by June 19, 2015.

All attorneys and their clients, all self-represented parties, and any non-attorney representatives who have full and complete authority to settle this case shall personally

2

1  appear and participate in good faith in this mediation, even if no settlement is expected.

2  However, if a non-attorney representative requests a telephonic appearance and the

3  mediator grants the request prior to the mediation date, a non-attorney representative may

4  appear telephonically.

5     [] No settlement conference or mediation: A settlement conference or private

6  mediation is not ordered.

7     7.    Dispositive motions: The parties shall file all dispositive motions by August,

8  31, 2015.

9     8.    Trial setting conference: On  **August 7, 2015 at 10:30 a.m. (15 minutes)**  ,

10  the court will conduct a telephonic trial setting conference. Attorneys and self-represented

11  parties shall have their calendars available for the conference.

12     9.    **[X] Plaintiff** [] Defendant will initiate the conference call by arranging for

13  the presence of all other counsel and self-represented parties, and by calling this division

14  at  **602-506-5514**          at the scheduled time.

15     10.   Firm dates: No stipulation of the parties that alters a filing deadline or a

16  hearing date contained in this scheduling order will be effective without an order of this

17  court approving the stipulation. Dates set forth in this order that govern court filings or

18  hearings are firm dates, and may be modified only with this court's consent and for good

19  cause. This court ordinarily will not consider a lack of preparation as good cause.

20     11.   Further orders: The court further orders as follows:

21

22  DATED this 30th day of _October_____, 2014.

23

24                    By: _____

25                    HONORABLE DAVID K. UDALL

26

3

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
11/05/2014 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-096393                                                      10/30/2014


                                                      CLERK OF THE COURT
HON. DAVID K. UDALL                                          L. Mooney
                                                             Deputy


JESSIE THORNTON                          RICHARD ALBERT CRUZ

v.

CITY OF SURPRISE, et al.                 ELAN MIZRAHI


                                         JESSICA OTTERMAN
                                         NO ADDRESS ON RECORD


**TELEPHONIC TRIAL SCHEDULING CONFERENCE SET**


        The Court has received and reviewed the parties' Joint Report and proposed Scheduling Order.

        The Court adopts and incorporates all deadlines set forth in the parties' Joint Pretrial Memorandum, all in accordance with the formal written Order signed by the Court on October 30, 2014 and filed (entered) by the clerk on October 30, 2014.

        **IT IS ORDERED** setting a Telephonic Trial Scheduling Conference in this matter on **August 7, 2015 at 10:30 a.m. (15 minutes allotted)** before:

                          HONORABLE DAVID K. UDALL
                          SOUTHEAST ADULT FACILITY
                              222 EAST JAVELINA
                                COURTROOM 205
                                MESA, AZ 85210


        **NOTE:** Counsel for the Plaintiff is to initiate the telephonic conference by first arranging the presence of all other counsel or self-represented parties on the conference call and by calling this division at (602) 506-5514 promptly at the scheduled time.

Docket Code 023                          Form V000A                          Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2013-096393                                    10/30/2014


The Court will set a firm trial date at this conference.  Counsel are advised to have their trial calendars with them.

**IT IS ORDERED** that all motions, responses, replies and other Court requested filings in this case must be submitted individually.  Counsel shall not combine any motion with a responsive pleading.  All motions are to be filed separately and designated as such.  No pleadings will be accepted if filed in combination with another.

Should any discovery disputes arise, counsel, <u>prior to filing discovery motions</u>, shall meet and confer pursuant to Rule 37, Ariz.R.Civ.P., then telephonically contact the Court to set up a telephonic conference to discuss any remaining issues.

**NOTE:  ALL COURT PROCEEDINGS ARE RECORDED BY AUDIO METHOD AND NOT BY A COURT REPORTER.   ANY PARTY MAY REQUEST THE PRESENCE OF A COURT REPORTER BY CONTACTING THIS DIVISION THREE (3) COURT BUSINESS DAYS BEFORE THE SCHEDULED HEARING.**

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Laird, Deputy
2/10/2015 3:20:00 PM
Filing ID 6397628

1  Larry J. Crown (No. 013133)
    Elan S. Mizrahi (No. 017388)
2  **TITUS BRUECKNER & LEVINE PLC**
    8355 East Hartford Drive, Suite 200
3  Scottsdale, Arizona 85255
    Telephone:   480-483-9600
4  Facsimile:    480-483-3215
    Court Documents:  docket@tbl-law.com
5

6  Attorneys for Defendants

7

             **SUPERIOR COURT OF ARIZONA**

              **MARICOPA COUNTY**

| JESSIE THORNTON,<br><br>            Plaintiff,<br>vs.<br><br>CITY OF SURPRISE, a jural entity;<br>J.J. OTTERMAN and JANE DOE<br>OTTERMAN, husband and wife; JOHN<br>and JANE DOES I-X, BLACK; and<br>WHITE CORPORATIONS I-X, inclusive,<br><br>         Defendants. | Case No.: CV2013-096393<br><br>**NOTICE OF CHANGE OF LAW<br>FIRM AFFILIATION** |
|---|---|

       Notice is hereby given that, effective January 27, 2015, Larry J. Crown and Elan S. Mizrahi, formerly of, Jennings, Haug & Cunningham, LLP as counsel for Defendants City of Surprise and J.J. Otterman, are now affiliated with the law firm of Titus Brueckner & Levine, PLC.  All future pleadings, notices and other communications in this matter should be directed to:

            Larry J. Crown
            Elan S. Mizrahi
            **TITUS BRUECKNER & LEVINE PLC**
            8355 East Hartford Drive, Suite 200
            Scottsdale, Arizona 85255
            Telephone:    480-483-9600
            Facsimile:    480-483-3215
            E-mail:  lcrown@tbl-law.com
            E-mail: elan@tbl-law.com

1    DATED this 10th day of February, 2015.

2

3                                          TITUS BRUECKNER & LEVINE PLC

4
                                           /s/ Elan S. Mizrahi
5                                          Larry J. Crown
                                           Elan S. Mizrahi
6                                          Attorneys for Defendants

7
   ELECTRONICALLY filed this 10th
8  day of February, 2015 with the Maricopa
   County Superior Court
9
   Copy of the foregoing mailed
10 this 9th day of February, 2015 to:

11 Liana J. Garcia
   Gallagher & Kennedy, P.A.
12 2575 East Camelback Road
   Phoenix, Arizona  85016-9225
13
   Marc J. Victor
14 Marc J. Victor, P.C.
   3920 S. Alma School Road, Suite 5
15 Chandler, Arizona 85248

16 Attorneys for Plaintiff

17
   /s/ T. Kido
18 2015-90

19

20

21

22

23

24

25

26

27

28

                        2

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Dyer, Deputy
3/12/2015 7:16:00 AM
Filing ID 6460660

1   Kevin D. Neal (Bar No. 011640)
    Lincoln Combs (Bar No. 025080)
2   Liana J. Garcia (Bar No. 027452)
    GALLAGHER & KENNEDY, P.A.
3   2575 East Camelback Road
    Phoenix, Arizona  85016-9225
4   Telephone:   (602) 530-8000
    Facsimile:    (602) 530-8500
5   kevin.neal@gknet.com
    lincoln.combs@gknet.com
6   liana.garcia@gknet.com

7   Marc J. Victor (Bar No. 016064)
    Marc J. Victor, P.C.
8   3920 S. Alma School Road, Suite 5
    Chandler, Arizona 85248
9   Telephone:  (480) 455-5233
    Fax:  (480) 857-0150
10  marc@attorneyforfreedom.com

11  Attorneys for Plaintiff Jessie Thornton

12              **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                      **COUNTY OF MARICOPA**

14

| | |
|---|---|
| JESSIE THORNTON, | No. CV2013-096393 |
| Plaintiff, | **STIPULATION TO EXTEND EXPERT AND LAY WITNESS DISCLOSURE DEADLINES** |
| v. | |
| CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and JANE DOES I-X; BLACK and WHITE CORPORATIONS I-X, inclusive, | (Assigned to the Honorable David K. Udall) |
| Defendants. | |

22          The parties hereby stipulate and agree that the following deadlines be extended as

23  follows:

24          1.      Plaintiff shall disclose the identity and opinions of experts by April 30,

25  2015. Defendant shall disclose the identity and opinions of experts by May 29, 2015. The

26  parties shall simultaneously disclose their rebuttal expert opinions by June 30, 2015.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

1    2.    Lay (non-expert) witness disclosure: The parties shall disclose all lay

2 witnesses by June 30, 2015.

3    3.    All other deadlines remain the same.

4

5    DATED this 12th day of March, 2015.

6                                    GALLAGHER & KENNEDY, P.A.

7

8                              By: /s/ Kevin D. Neal

9                                   Kevin D. Neal
                                    Lincoln Combs
10                                  Liana J. Garcia
                                    2575 East Camelback Road
11                                  Phoenix, Arizona  85016-9225
                                    Attorneys for Plaintiff Jessie Thornton
12

13                                  TITUS, BRUECKNER & LEVINE PLC

14

15                             By: /s/ Elan S. Mizrahi

16                                  Elan S. Mizrahi
                                    8355 East Hartford Drive, Suite 200
17                                  Scottsdale, Arizona 85255
                                    Attorneys for Defendant
18

19 COPY mailed same day to:

20 Elan S. Mizrahi
   TITUS, BRUECKNER & LEVINE PLC
21 8355 East Hartford Drive, Suite 200
   Scottsdale, Arizona 85255
22 *Attorneys for Defendants*

23 Sharlee Weaver

24

25

26

4650207v1/26076-0001                    2

5-18-15   11:14 am
MICHAEL K. JEANES, Clerk

By _K. Gilmet_
K. Gilmet, Deputy

1 | Kevin D. Neal (Bar No. 011640)
Lincoln Combs (Bar No. 025080)
2 | Liana J. Garcia (Bar No. 027452)
GALLAGHER & KENNEDY, P.A.
3 | 2575 East Camelback Road
Phoenix, Arizona 85016-9225
4 | Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
5 | kevin.neal@gknet.com
lincoln.combs@gknet.com
6 | liana.garcia@gknet.com

7 | Marc J. Victor (Bar No. 016064)
Marc J. Victor, P.C.
8 | 3920 S. Alma School Road, Suite 5
Chandler, Arizona 85248
9 | Telephone: (480) 455-5233
Fax: (480) 857-0150
10 | marc@attorneyforfreedom.com

11 | Attorneys for Plaintiff Jessie Thornton

12 | **SUPERIOR COURT OF THE STATE OF ARIZONA**

13 | **COUNTY OF MARICOPA**

14 |

15 | JESSIE THORNTON,                              No. CV2013-096393

16 |                  Plaintiff,                   **AMENDED SCHEDULING ORDER**

17 | v.                                            (Assigned to the Honorable David K. Udall)

18 | CITY OF SURPRISE, a jural entity; J.J.
OTTERMAN and JANE DOE
19 | OTTERMAN, husband and wife; JOHN
and JANE DOES I-X; BLACK and WHITE
20 | CORPORATIONS I-X, inclusive,

21 |                  Defendants.

22 |

23 |      Upon consideration of the parties' Stipulation to Extend Expert and Lay Witness
Deadlines, the Court orders as follows:
24 |

25 |      1.     Plaintiff shall disclose the identity and opinions of experts by April 30,
2015. Defendant shall disclose the identity and opinions of experts by May 29, 2015. The
26 | parties shall simultaneously disclose their rebuttal expert opinions by June 30, 2015.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000