1     2.     Lay (non-expert) witness disclosure: The parties shall disclose all lay

2   witnesses by June 30, 2015.

3     3.     All other deadlines remain the same.

4

5   DATED this 13ᵗʰ day of _March_____, 2015.

6

7                                         By: _____

8                                         HONORABLE DAVID K. UDALL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
03/19/2015 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV 2013-096393                                         03/18/2015


                                         CLERK OF THE COURT
HON. DAVID K. UDALL                          K. Gilmet
                                              Deputy


JESSIE THORNTON                    RICHARD ALBERT CRUZ

v.

CITY OF SURPRISE, et al.            ELAN MIZRAHI


                                   JESSICA OTTERMAN
                                   NO ADDRESS ON RECORD


                            ORDER SIGNED


       The Court is in receipt of the parties' *Stipulation to Extend Expert and Lay Witness Disclosure Deadlines,* electronically filed on March 12, 2015.

       **IT IS ORDERED** approving/granting the Amended Scheduling Order, all in accordance with the formal written Order signed by the Court on March 13, 2015, and filed (entered) by the Clerk on March 18, 2015.

       Please note:  The Court has signed a hard-copy version of the order provided with an electronically filed pleading.  Therefore, copies of the order and self-addressed, stamped envelopes were not available for mailing to the parties.  After the order has been scanned and docketed by the Clerk of Court, copies of this order may be available through ECR Online at clerkofcourt.maricopa.gov or through AZTurboCourt.gov and from the Public Access Terminals at the Clerk of Court's offices located throughout Maricopa County.

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
03/25/2015 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV 2013-096393                                          03/20/2015


                                              CLERK OF THE COURT
HON. DAVID K. UDALL                                 K. Tiero
                                                    Deputy



JESSIE THORNTON                          RICHARD ALBERT CRUZ

v.

CITY OF SURPRISE, et al.                 ELAN MIZRAHI



                                         JESSICA OTTERMAN
                                         NO ADDRESS ON RECORD


### TELEPHONIC TRIAL SCHEDULING CONFERENCE RESET


        On the Court's own Motion, due to a calendaring conflict,

        **IT IS ORDERED** vacating the telephonic Trial Scheduling Conference set on August 7,
2015 at 10:30 a.m. and resetting same to **August 18, 2015 at 9:30 a.m. (15 minutes allotted)**
before Judge David K. Udall, for the purpose of assigning a trial date if this case has not settled.
Counsel shall have their trial calendars available.  Counsel for the Plaintiff is to initiate the
telephonic conference by first arranging the presence of all other counsel or self-represented
parties on the conference call and by calling this Division at (602) 506-5514 promptly at the
scheduled time.

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
6/3/2015 1:48:00 PM
Filing ID 6642948

1  Kevin D. Neal (Bar No. 011640)
   Lincoln Combs (Bar No. 025080)
2  Liana J. Garcia (Bar No. 027452)
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone:   (602) 530-8000
   Facsimile:    (602) 530-8500
5  kevin.neal@gknet.com
   lincoln.combs@gknet.com
6  liana.garcia@gknet.com

7  Marc J. Victor (Bar No. 016064)
   Marc J. Victor, P.C.
8  3920 S. Alma School Road, Suite 5
   Chandler, Arizona 85248
9  Telephone:  (480) 455-5233
   Fax:  (480) 857-0150
10 marc@attorneyforfreedom.com

11 Attorneys for Plaintiff Jessie Thornton

12            **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                        **COUNTY OF MARICOPA**

14

15 JESSIE THORNTON,                          No. CV2013-096393

16                   Plaintiff,             **STIPULATION TO EXTEND**
                                            **DISCOVERY DEADLINES**
17 v.
                                            (Assigned to the Honorable David K.
18 CITY OF SURPRISE, a jural entity; J.J.   Udall)
   OTTERMAN and JANE DOE
19 OTTERMAN, husband and wife; JOHN
   and JANE DOES I-X; BLACK and WHITE
20 CORPORATIONS I-X, inclusive,

21                   Defendants.

22

23         The parties hereby stipulate and agree that the following deadlines be extended as

24 follows:

25         1.      Plaintiff shall disclose the identity and opinions of experts by July 29, 2015.

26 Defendant shall disclose the identity and opinions of experts by August 27, 2015. The

   parties shall simultaneously disclose their rebuttal expert opinions by September 28, 2015.

*Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000*

1        2.     Lay (non-expert) witness disclosure: The parties shall disclose all lay

2  witnesses by September 28, 2015.

3        3.     Final supplemental disclosure: Each party shall provide final supplemental

4  disclosure by December 5, 2015.

5        4.     Discovery deadlines: The parties will propound all discovery undertaken

6  pursuant to Rules 33 through 36 by October 15, 2015. The parties will complete the

7  depositions of parties, lay witnesses and experts by November 9, 2015. The parties will

8  complete all other discovery by October 15, 2015.

9        5.     Private mediation: The parties shall complete the mediation by September

10  19, 2015.

11        6.     The parties shall file all dispositive motions by November 30, 2015.

13        DATED this 3rd day of June, 2015.

14                        GALLAGHER & KENNEDY, P.A.

16                        By: */s/ Kevin D. Neal*

17                           Kevin D. Neal

18                           Lincoln Combs

                                 Liana J. Garcia

19                         2575 East Camelback Road

20                       Phoenix, Arizona  85016-9225

                                 Attorneys for Plaintiff Jessie Thornton

21                       TITUS, BRUECKNER & LEVINE PLC

23                     By: */s/ Elan S. Mizrahi*

24                         Elan S. Mizrahi

25                         8355 East Hartford Drive, Suite 200

                                 Scottsdale, Arizona 85255

26                       Attorneys for Defendant

1    COPY mailed same day to:

2    Elan S. Mizrahi
     TITUS, BRUECKNER & LEVINE PLC
3    8355 East Hartford Drive, Suite 200
     Scottsdale, Arizona 85255
4    *Attorneys for Defendants*

5    Sharlee Weaver_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
K. Tiero, Deputy
6/4/2015 8:00:00 AM
Filing ID 6643702

1  Kevin D. Neal (Bar No. 011640)
   Lincoln Combs (Bar No. 025080)
2  Liana J. Garcia (Bar No. 027452)
   GALLAGHER & KENNEDY, P.A.
3  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
4  Telephone:    (602) 530-8000
   Facsimile:    (602) 530-8500
5  kevin.neal@gknet.com
   lincoln.combs@gknet.com
6  liana.garcia@gknet.com

7  Marc J. Victor (Bar No. 016064)
   Marc J. Victor, P.C.
8  3920 S. Alma School Road, Suite 5
   Chandler, Arizona 85248
9  Telephone: (480) 455-5233
   Fax: (480) 857-0150
10 marc@attorneyforfreedom.com

11 Attorneys for Plaintiff Jessie Thornton

12             **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                       **COUNTY OF MARICOPA**

14

15 JESSIE THORNTON,                        No. CV2013-096393

16                  Plaintiff,             **SECOND AMENDED SCHEDULING
                                           ORDER**
17 v.

18 CITY OF SURPRISE, a jural entity; J.J.
   OTTERMAN and JANE DOE              (Assigned to the Honorable David K.
19 OTTERMAN, husband and wife; JOHN    Udall)
   and JANE DOES I-X; BLACK and WHITE
20 CORPORATIONS I-X, inclusive,

21                  Defendants.

22

23         Upon consideration of the parties' Stipulation to Extend Deadlines, the Court orders

24 as follows:

25         1.     Plaintiff shall disclose the identity and opinions of experts by July 29, 2015.

26 Defendant shall disclose the identity and opinions of experts by August 27, 2015. The

   parties shall simultaneously disclose their rebuttal expert opinions by September 28, 2015.

2.      Lay (non-expert) witness disclosure: The parties shall disclose all lay witnesses by September 28, 2015.

3.      Final supplemental disclosure: Each party shall provide final supplemental disclosure by December 5, 2015.

4.      Discovery deadlines: The parties will propound all discovery undertaken pursuant to Rules 33 through 36 by October 15, 2015. The parties will complete the depositions of parties, lay witnesses and experts by November 9, 2015. The parties will complete all other discovery by October 15, 2015.

5.      Private mediation: The parties shall complete the mediation by September 19, 2015.

6.      The parties shall file all dispositive motions by November 30, 2015.

7.      Trial setting conference: On  **October 23**, **2015** at  **10:30 a.m.**  (15 minutes), the court will conduct a telephonic trial setting conference. Attorneys and self-represented parties shall have their calendars available for the conference. Plaintiff will initiate the conference call by arranging the presence of all other counsel and self-represented parties, and by calling this division at **602-506-5514** at the scheduled time.

DATED this ___ day of _____, 2015.

By:_____

HONORABLE DAVID K. UDALL

Filing ID: 6643702   Case Number: CV2013-096393
Original Filing ID: 6642988

_____

**Grant with New Order**



/S/ David Udall Date: 6/3/2015
_____
Judicial Officer of Superior Court

# ENDORSEMENT PAGE

CASE NUMBER: CV2013-096393                SIGNATURE DATE: 6/3/2015

E-FILING ID #: 6643702                         FILED DATE: 6/4/2015 8:00:00 AM


ELAN MIZRAHI


RICHARD ALBERT CRUZ


JESSICA OTTERMAN
NO ADDRESS ON RECORD

1   Kevin D. Neal (Bar No. 011640)
Lincoln Combs (Bar No. 025080)
2   Liana J. Garcia (Bar No. 027452)
GALLAGHER & KENNEDY, P.A.
3   2575 East Camelback Road
Phoenix, Arizona  85016-9225
4   Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
5   kevin.neal@gknet.com
lincoln.combs@gknet.com
6   liana.garcia@gknet.com

7   Marc J. Victor (Bar No. 016064)
Marc J. Victor, P.C.
8   3920 S. Alma School Road, Suite 5
Chandler, Arizona 85248
9   Telephone:  (480) 455-5233
Fax:  (480) 857-0150
10  marc@attorneyforfreedom.com

11  Attorneys for Plaintiff Jessie Thornton

12              **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                         **COUNTY OF MARICOPA**

14
    JESSIE THORNTON,                      No. CV2013-096393
15
                    Plaintiff,            **RULE 37(a)(2)(c) STATEMENT OF**
16                                        **COUNSEL IN SUPPORT OF**
    v.                                    **PLAINTIFF'S MOTION TO**
17                                        **COMPEL**
    CITY OF SURPRISE, a jural entity; J.J.
18  OTTERMAN and JANE DOE                 (Assigned to the Honorable David K.
    OTTERMAN, husband and wife; JOHN      Udall)
19  and JANE DOES I-X; BLACK and WHITE
    CORPORATIONS I-X, inclusive,
20
                    Defendants.
21

22          I am one of the attorneys representing Plaintiff Jessie Thornton in the above-noted

23  lawsuit. I and other attorneys and staff members at my firm have made several good faith

24  efforts to resolve the discovery issues identified in Plaintiff's Motion to Compel, as set

25  forth in that Motion and its accompanying exhibits. After personal consultation and good

26  faith efforts to resolve these matters, I have been unable to satisfactorily do so.

1   DATED this 21st day of August, 2015.

2                                                     GALLAGHER & KENNEDY, P.A.

3

4

5                                                     By: /s/ Kevin D. Neal

6                                                         Kevin D. Neal
                                                         Lincoln Combs
7                                                         Liana J. Garcia
                                                         2575 East Camelback Road
8                                                         Phoenix, Arizona  85016-9225
                                                         Attorneys for Plaintiff Jessie Thornton
9

10  COPY mailed same day to:

11  Larry J. Crown, Esq.
    Elan S. Mizrahi, Esq.
12  TITUS, BRUECKNER & LEVINE PLC
    8355 East Hartford Drive, Suite 200
13  Scottsdale, Arizona 85255
    E-mail: lcrown@tbl-law.com
14  E-mail: elan@tbl-law.com
    Attorneys for Defendants
15
    Sharlee Weaver
16

17

18

19

20

21

22

23

24

25

26

                                    2

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
D. Sandoval, Deputy
8/21/2015 12:34:00 PM
Filing ID 6814155

1   Kevin D. Neal (Bar No. 011640)
    Lincoln Combs (Bar No. 025080)
2   Liana J. Garcia (Bar No. 027452)
    GALLAGHER & KENNEDY, P.A.
3   2575 East Camelback Road
    Phoenix, Arizona 85016-9225
4   Telephone:   (602) 530-8000
    Facsimile:    (602) 530-8500
5   kevin.neal@gknet.com
    lincoln.combs@gknet.com
6   liana.garcia@gknet.com

7   Marc J. Victor (Bar No. 016064)
    Marc J. Victor, P.C.
8   3920 S. Alma School Road, Suite 5
    Chandler, Arizona 85248
9   Telephone: (480) 455-5233
    Fax: (480) 857-0150
10  marc@attorneyforfreedom.com

11  Attorneys for Plaintiff Jessie Thornton

12              **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                        **COUNTY OF MARICOPA**

14  JESSIE THORNTON,                    No. CV2013-096393

15                  Plaintiff,          **PLAINTIFF'S MOTION TO**
                                        **COMPEL PRODUCTION OF**
16  v.                                  **DOCUMENTS AND DISCLOSURE**
                                        **OF INFORMATION**
17  CITY OF SURPRISE, a jural entity; J.J.
    OTTERMAN and JANE DOE              (Assigned to the Honorable David K.
18  OTTERMAN, husband and wife; JOHN   Udall)
    and JANE DOES I-X; BLACK and WHITE
19  CORPORATIONS I-X, inclusive,

20                  Defendants.

21

22          Plaintiff, through counsel, files this Motion to Compel disclosure and discovery

23  responses pursuant to Rule 37(a), Ariz. R. Civ. P. Despite several requests (both written

24  and verbal) from Plaintiff, Defendants have failed to disclose relevant documents and

25  information as required by Arizona's rules governing discovery and disclosure. Plaintiff's

26  counsel has personally consulted with defense counsel in a good faith effort to resolve

these issues, but has been unable to satisfactorily resolve the matters. Accordingly, Plaintiff requests an order compelling Defendants to produce the following documents and information:

- All notes, memoranda, interview summaries, recorded statements, and reports related to the two separate internal investigations conducted by or at the request of the Surprise Police Department as a result of the incident which forms the basis of Plaintiff's Complaint (the December 2012 DUI arrest and charge);
- The names and badge numbers (if applicable) of all Surprise Police Department employees who have had official contacts with Plaintiff, as documented in Surprise Police Department records;
- Identification of any City of Surprise personnel who have received any type of disciplinary action as a result of his or her interactions with Plaintiff;
- Identify all complaints, claims, lawsuits, letters, or other documentation related to allegations of racial profiling or racially-based police bias received by the Surprise Police Department  from the time period of December 2011 to current; and
- Produce recordings, transcripts, or any other data in the City's possession (or the Surprise Police Department's possession) documenting radio communications between Officer/Defendant J.J. Otterman and any other member of the Surprise Police Department from the time period of December 7, 2012 at 10:00 p.m. through December 8, 2012 at 5:00 a.m.

Plaintiff's Motion to Compel is based on the following Memorandum of Points and Authorities, the attached supporting exhibits, the accompanying Rule 37(a)(2)(c) statement of counsel, and the Court's record herein.

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

## I.  <u>BRIEF FACTUAL AND PROCEDURAL BACKGROUND</u>

This lawsuit arises out of Plaintiff Jessie Thornton's interactions with Defendant City of Surprise; specifically the Surprise Police Department ("SPD"). Mr. Thornton, a retired firefighter and electrician, moved to the City of Surprise in 2008. Shortly after moving to Surprise, Mr. Thornton, an African American, has been stopped by SPD at least eight times, culminating in his arrest and charge for DUI on December 7, 2012. Even though he blew a .000 on the intoxilyzer, and was examined by SPD's Drug Recognition Expert, who concluded Mr. Thornton showed no signs of impairment by drugs or alcohol, Defendant Otterman and the City of Surprise decided to press ahead with filing charges and prosecuting Mr. Thornton for driving while impaired by drugs or alcohol.

Mr. Thornton brought this lawsuit for civil rights violations in December of 2013, after filing and serving his Notice of Claim against the Defendants. Plaintiff's lawsuit was originally filed by Attorney Marc Victor. Attorney Victor sent discovery requests to Defendants in April, 2014. Specifically, Mr. Victor sent five non-uniform interrogatories, and five requests for production. Defendants objected to all but two interrogatories. They produced nothing in response to Plaintiff's Requests for Production. *See* Exhibit A - Defendants' Responses to Non-Uniform Interrogatories, and Exhibit B - Defendants' Responses to Plaintiff's Requests for Production of Documents.

In October 2014, Gallagher & Kennedy filed its Notice of Association with Mr. Victor's office and began working on the case. Defense attorney Elan Mizrahi represented to Attorney Kevin Neal of Gallagher & Kennedy that in addition to the objections sent to Plaintiff's previous discovery requests, a large production of documents had been previously sent to Marc Victor's office. Mr. Mizrahi alleged that Mr. Victor's office must have failed to provide these documents to the newly associated lawyers at Gallagher & Kennedy. Subsequently, Mr. Neal and other lawyers and staff at his office attempted to

obtain those documents, but have since verified that ***no documents were in fact produced***. Several emails and letters were sent to defense counsel in an attempt to obtain the mysterious "large volume of documents" that had allegedly been previously produced. *See* Exhibit C, email dated May 8, 2015 from Sharlee Weaver to Elan Mizrahi, Exhibit D, email dated May 21, 2015 from Sharlee Weaver to Elan Mizrahi, Exhibit E, letter of May 27, 2015 from Kevin Neal to Elan Mizrahi, Exhibit F, email of June 11, 2015 from Liana Garcia to Elan Mizrahi, Exhibit G, email of June 25, 2015 from Liana Garcia to Elan Mizrahi, and Exhibit H, email of May 7, 2015 from Kathy Clements to Sharlee Weaver.

In response to ***four emails and one letter*** to defense counsel regarding this alleged document production, defense counsel responded only twice. Both times, the response was "I will get back to you." *See* Exhibit I - email of June 2, 2015 from Elan Mizrahi to Sharlee Weaver, and Exhibit J - email of June 11, 2015 from Elan Mizrahi to Liana Garcia. Those two responses, promising to "look into it and get back to you," were sent in June, 2015. Plaintiff is still waiting to hear back from defense counsel.

Plaintiff has sought production of the documents and information – information which is relevant and crucial to Plaintiff's case – at least ***six*** times over the last year and a half. Defendants have responded with baseless objections, inaccurate assertions that the information had already been produced, and many empty promises to "look into it, and get back to you," but have never actually produced the information requested. The information and documents sought by Plaintiff are well within the scope of Arizona's disclosure and discovery rules. The information is relevant, discoverable, and should be produced without further delay.

## II.     DISCOVERY/ DISCLOSURES REQUESTED

### A.     The internal investigation documents.

Defendant Officer J.J. Otterman testified at his deposition that two separate investigations were conducted concerning Mr. Thornton's DUI arrest and allegations of

racially-biased policing: one by SPD itself, and one by an independent investigator, Jim Humphreys Consulting.  Plaintiff requested copies of the materials related to the Humphreys investigation in his Requests for Production of April 2014, but was not aware of the SPD internal investigation until Defendant Otterman's deposition on April 15, 2015. Copies of documents related to both internal investigations were requested as soon as Plaintiff discovered they existed. *See* Exhibits E, F, and G.

In response to the Request for Production of the Humphreys investigative materials, Defendants simply responded "Objection. Work Product Privilege." This objection is not sufficient to comply with Arizona's discovery rules. The rules require that if information is not disclosed because of a claim of privilege, the claim must be made expressly and supported by a non-privileged description of the materials withheld that is sufficient to enable other parties to contest whether the privilege was properly claimed. *See* Ariz. R. Civ. P. 26.1(f)1. Defendants have not complied with this requirement, despite Plaintiff's written request. *See* Exhibit E: "If you are relying on the objections, or a privilege, then a log will need to be sent identifying what is being withheld and the basis for doing so."

Plaintiff doubts that the information requested is protected by work product privilege. However, whether the privilege applies is determined by a number of fact-specific inquiries. *Brown v. Superior Court*, 137 Ariz. 327, 670 P.2d 725 (1983). Because Defendants have failed to provide Plaintiff with any information *at all* regarding the documents, Plaintiff cannot determine whether the material is in fact privileged. The documents requested are certainly relevant, and Plaintiff believes Defendants have an obligation to produce them pursuant to the requirements of Rule 26.1.

### B.  Identification of Surprise Police Department Personnel.

Plaintiff requested the identities of SPD personnel who have interacted with Plaintiff, as documented in the department's records. This information is easily accessible

to Defendants, and is calculated to lead to the discovery of admissible evidence. Plaintiff's lawsuit concerns a pattern and practice of racially-biased policing. His Complaint and Notice of Claim make no secret that his case is based on a pattern of several stops which culminated in the December 2012 DUI charge. Defendants objected to providing this information because the interrogatory was "vague, overbroad, compound, not reasonably calculated to lead to the discovery of admissible evidence," and sought information that Defendants believed was already in Plaintiff's possession. These objections are baseless. First, the interrogatory is not vague. It seeks the identities and badge or employee ID numbers of all SPD personnel who have had official contacts with Plaintiff from January 2009 to present, and a description of the nature of the contact. A reasonable person reading the request could understand the nature of the information sought with relative ease. The interrogatory is not overbroad. It seeks information related *only* to Defendants' interactions with one person – the Plaintiff – and is limited in time. Defendants could provide the information sought by running a simple check of its computer system. Defendants' last objection – that Plaintiff probably already has this information – is frankly ridiculous. First, if Plaintiff had this information in his possession, he wouldn't request it from Defendants. Second, whether Defendants *believe* Plaintiff may have evidence in his possession is completely irrelevant to their legal obligations to disclose any and all information that appears reasonably calculated to lead to the discovery of admissible evidence, and to respond to discovery requests in good faith.

### C.    Disciplinary Information.

Plaintiff's Non-Uniform Interrogatory No. 3 asks Defendants for a simple response to a simple inquiry. It asks whether any Surprise Police Department employees have been subjected to discipline as a result of his or her interactions with Plaintiff. If the answer is "no," Defendants should just say no. If the answer is "yes," Defendants certainly have a legal obligation to disclose this fact, and identify the circumstances related to such

discipline. Instead, Defendants' response is "See Response to Interrogatory No. 1." Defendants' Response to Interrogatory No. 1 is a string of objections including "vague," "overbroad," "not reasonably calculated to lead to the discovery of admissible evidence," and my personal favorite: "[t]o the extent this interrogatory seeks information concerning contacts that resulted in SPD's generation of written reports, upon information and belief, Plaintiff obtained these reports through a public records request and as such, this interrogatory seeks information within Plaintiff's possession and control." To paraphrase: "you probably already have it, so we're not going to give it to you."

None of these objections are actually responsive to Plaintiff's interrogatory. Asking whether any of Defendants' employees were disciplined as a result of his or her interactions with Plaintiff is not vague. It is information easily accessible to Defendants, easily producible to Plaintiff, and it is 100% relevant to this lawsuit. As to Defendants' objection that "you probably already have it, so we're not going to give it to you," well, that doesn't even merit a response. In fact, Plaintiff does *not* have the information, and this objection does not relieve Defendants of their obligations to comply with Arizona's rules on disclosure and discovery.

### D.   SPD's records concerning allegations of similar conduct.

Plaintiff has requested information and documents related to complaints of racial profiling or bias made against SPD. Defendants objected, indicating that the interrogatory was vague, overbroad, and not reasonably calculated to lead to the discovery of admissible evidence. Certainly, this evidence is admissible – or if not admissible, at least reasonably calculated to lead to the discovery of admissible evidence, given the gravitas of Plaintiff's Complaint. As to whether the interrogatory is overbroad, Plaintiff notes that, according to the SPD's annual report for 2014, it has received four (4) complaints of discriminatory police practices between the years of 2010-2014. *See* Exhibit K, relevant

section of SPD's Annual Report. Surely, producing information related to these four complaints would not be overbroad or burdensome.

**E.    Records of communications relevant to the incident forming the basis of Plaintiff's Complaint.**

Plaintiff's Request for Production No. 5 seeks recordings or transcripts related to all radio communications from Defendant Officer Otterman for the time period of 10:00 p.m. on December 7, 2012 through 5:00 a.m. on December 8, 2012, which is the time period during which Defendant Otterman was following, stopping, arresting, processing, and charging Plaintiff for DUI. Defendant responded with an objection that the request was "vague and overbroad." The request is not vague. It seeks a very specific type of information which is solely in the possession of Defendants. The request is not overbroad. It is limited to a *very* specific time period relevant to Plaintiff's lawsuit, and it concerns the radio communications of only one officer. The purpose of Arizona's discovery rules is to permit a party to become apprised of an opponent's case and be prepared to meet it. *Kott v. City of Phoenix*, 158 Ariz. 415, 763 P.2d 235 (1988). Here, Defendants seem insistent on "hiding the ball" to prevent Plaintiff from accessing information which is solely in their possession, and which prejudices Plaintiff's ability to fairly prosecute his claim. Defendants' objections to this request for very specific, limited, and relevant information are emblematic of the way they have handled discovery in this case, and are contrary to the letter and the spirit of Arizona's disclosure and discovery rules.

## III.    CONCLUSION

All that is required to trigger a duty to disclose under Rule 26.1 is a determination that a person "may" have relevant knowledge or a document "may" have relevant content. *Norwest Bank (Minnesota), N.A., v. Symington*, 197 Ariz. 181, 3 P.3d 1101 (Ct. App. Div. 1 2000). Here, Defendants have failed to disclose two internal investigation reports that *solely* concern Mr. Thornton and the incident that forms the basis of his lawsuit, despite several requests and their obligations under the rules. An evasive or incomplete

1   disclosure, answer, or response is to be treated as a failure to disclose, answer, or respond.

2   *See* Ariz. R. Civ. P. 37(a) (3). These Defendants have *only* provided evasive and

3   incomplete disclosures and discovery responses. Accordingly, Plaintiff requests the Court

4   compel the production of requested documents and information, and award him sanctions

5   consistent with Rule 37(a) (4).

6

7        DATED this 21st day of August, 2015.

8                                              GALLAGHER & KENNEDY, P.A.

9

10                                      By: */s/ Kevin D. Neal*
11                                           Kevin D. Neal
                                             Lincoln Combs
12                                           Liana J. Garcia
                                             2575 East Camelback Road
13                                           Phoenix, Arizona  85016-9225
14                                           Attorneys for Plaintiff Jessie Thornton

15

16   COPY mailed same day to:

17   Larry J. Crown, Esq.
     Elan S. Mizrahi, Esq.
18   TITUS, BRUECKNER & LEVINE PLC
     8355 East Hartford Drive, Suite 200
19   Scottsdale, Arizona 85255
     *Attorneys for Defendants*

20   Sharlee Weaver

21

22

23

24

25

26

# EXHIBIT A

Larry J. Crown (No. 013133)
E-mail: ljc@jhc-law.com
Elan S. Mizrahi (No. 017388)
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone:    602-234-7800
Facsimile:    602-277-5595

AZTurboCourt E-service and
Court Documents: docket@jhc-law.com

Attorneys for Defendants

### SUPERIOR COURT OF ARIZONA

### MARICOPA COUNTY

| | |
|---|---|
| JESSIE THORNTON, | Case No.: CV2013-096393 |
| Plaintiff, | **DEFENDANT CITY OF SURPRISE'S RESPONSES TO PLAINTIFF'S FIRST SET OF NON-UNIFORM INTERROGATORIES** |
| vs. | |
| CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife; JOHN and JANE DOES I-X, BLACK; and WHITE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Defendant City of Surprise, by and through counsel undersigned, hereby responds to Plaintiff's First Set of Non-Uniform Interrogatories as follows:

#### INTERROGATORIES

**NON UNIFORM INTERROGATORY NO. 1**:  Please identify all Surprise Police Officers and other Surprise Police Department personnel, by name and badge/employee identification number who have come into contact with Jessie Thornton from January 2009 to present and what the nature of the contact was.

> **Objection.**  This interrogatory is vague and overbroad and compound.  It also seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.    To the extent this interrogatory seeks information concerning "contacts" that resulted in the Surprise Police Department's generation of written reports, upon information and belief, Plaintiff obtained

these reports through a public records request and as such, this interrogatory seeks information within Plaintiff's possession and control.

**NON UNIFORM INTERROGATORY NO. 2**: Have any of the Surprise Police Department personnel identified in Non Uniform Interrogatory No. 1 received any discipline?  If yes, state:

        a.      Indentify [sic] that employee;

        b.      The nature of the discipline;

        c.      The facts on which such discipline was based;

        d.      Who ordered the investigation and who administered the disciplinary action?

    **See Response to Interrogatory No. 1.**

**NON UNIFORM INTERROGATORY NO. 3**:  Please provide a list with copies of all Racial Profiling complaints, notices, letters that have been received by the City of Surprise and/or the Surprise Police Department.

    **Objection.   Vague and overbroad.   Not reasonably calculated to lead to the discovery of admissible evidence.**

**NON UNIFORM INTERROGATORY NO. 4**:  Please provide the name and badge number of Officer J.J. Otterman's supervisor on duty on December 7, 2012.

    **Sergeant Klarkowski – 2137 PIN**

**NON UNIFORM INTERROGATORY NO. 5**:  Please provide the name and badge number of Officer Boothe's supervisor on duty on December 7, 2012.

    **Sergeant Burns – 2069 PIN**

    DATED this ___12th___ day of May, 2014.

                 JENNINGS, HAUG & CUNNINGHAM, L.L.P.

                  Larry J. Crown
                  Elan S. Mizrahi
                  Attorneys for Defendants

Original of the foregoing mailed
this _____ day of May, 2014, to:

Richard Parks, Esq.
Marc J. Victor, P.C.
3920 S. Alma School Road, Suite 5
Chandler, AZ 85248
Attorneys for Plaintiff

*Hado*

_____

2015-90 tk

3

# EXHIBIT B

1  Larry J. Crown (No. 013133)
   E-mail: ljc@jhc-law.com
2  Elan S. Mizrahi (No. 017388)
   **JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
3  2800 North Central Avenue, Suite 1800
   Phoenix, AZ  85004-1049
4  Telephone:   602-234-7800
   Facsimile:    602-277-5595
5
   AZTurboCourt E-service and
6  Court Documents: docket@jhc-law.com
7  Attorneys for Defendants
8
9              **SUPERIOR COURT OF ARIZONA**
10                 **MARICOPA COUNTY**
11  JESSIE THORNTON,                    Case No.: CV2013-096393
12               Plaintiff,             **DEFENDANT CITY OF SURPRISE'S**
                                        **RESPONSE TO PLAINTIFF'S FIRST**
13  vs.                                 **REQUEST FOR PRODUCTION OF**
                                        **DOCUMENTS AND THINGS**
14  CITY OF SURPRISE, a jural entity;
    J.J. OTTERMAN and JANE DOE
15  OTTERMAN, husband and wife; JOHN
    and JANE DOES I-X, BLACK; and
16  WHITE CORPORATIONS I-X, inclusive,
17               Defendants.
18
19         Defendant City of Surprise, by and through counsel undersigned, hereby responds
20  to Plaintiff's First Request for Production of Documents and Things as follows:
21  **REQUEST FOR PRODUCTION 1**:   Please provide reports, notes, documents for all
22  contacts identified in Non-Uniform Interrogatory No. 1.
23         **See Response to Interrogatory No. 1.**
24  **REQUEST FOR PRODUCTION 2**:   Please provide training records, education, human
25  resources and disciplinary records for all City of Surprise Police Department employees
26  identified in Non-Uniform Interrogatory No. 1.
27         **See Response to Interrogatory No. 1.**
28

1    **REQUEST FOR PRODUCTION 3**:   Please provide all, notes, reports, documents,

2    including but not limited to communications (letters, emails, memos) between the Surprise

3    Police Department and Jim Humphrey's Consulting regarding their investigation in the

4    Jessie Thornton's allegations.

5        **Objection. Work Product Privilege.**

6    **REQUEST FOR PRODUCTION 4**:  Please provide a complete employment records for the

7    officers identified in Plaintiff's Non-Uniform Interrogatory No. 4 and No. 5.

8        **Objection. Vague and overbroad.**

9    **REQUEST FOR PRODUCTION 5**:  Please provide all radio traffic involving Officer J.J.

10   Otterman from December 7, 2012 at 10:00 p.m. through December 8, 2012 at 5:00 a.m.

11       **Objection. Vague and overbroad.**

12       DATED this ___ day of May, 2014.

13                                    JENNINGS, HAUG & CUNNINGHAM, L.L.P.

14

15

16                                    Larry J. Crown
                                      Elan S. Mizrahi
17                                    Attorneys for Defendants

Original of the foregoing mailed
18   this ___ day of May, 2014, to:

19   Richard Parks, Esq.
     Marc J. Victor, P.C.
20   3920 S. Alma School Road, Suite 5
     Chandler, AZ  85248
21   Attorneys for Plaintiff

22

23   2015-90 tk

24

25

26

27

28

                                        2

# EXHIBIT C

**Garcia, Liana J.**

| | |
|---|---|
| **From:** | Weaver, Sharlee M. |
| **Sent:** | Friday, May 08, 2015 12:25 PM |
| **To:** | Elan Mizrahi |
| **Cc:** | Tracy Kido; Neal, Kevin D. |
| **Subject:** | RE: Thornton |

Mr. Victor's office forwarded me a scanned copy of your Initial Disclosure Statement. So, no need to send me another copy.

I also inquired about the large document production you stated you previously made. Unfortunately, neither Victor's office nor our office are in possession of those documents. I did notice that you made objections to all our discovery requests, so perhaps there was a mix up. In any event, could you please determine if you did produce documents responsive to our discovery requests, and if so, forward them to me? A disk or email is fine. Thank you.



**Sharlee M. Weaver**
Legal Assistant to
Kevin D. Neal and Liana J. Garcia
sharlee.weaver@gknet.com
602-530-8170

**From:** Elan Mizrahi [mailto:Elan@tbl-law.com]
**Sent:** Thursday, May 07, 2015 1:28 PM
**To:** Weaver, Sharlee M.
**Cc:** Tracy Kido; Neal, Kevin D.
**Subject:** RE: Thornton

Will do

**Elan S. Mizrahi, Esq.**
**TITUS BRUECKNER & LEVINE PLC**
**8355 East Hartford Drive, Suite 200**
**Scottsdale, Arizona 85255**
**Phone: 480.483.9600 | Fax: 480.483.3215**
**Email:** elan@tbl-law.com
**Website: www.tbl-law.com**

**TITUS BRUECKNER & LEVINE PLC**
A T T O R N E Y S   A T   L A W

This email message contains information from the law firm Titus Brueckner & Levine PLC that may be confidential or privileged. Such information is intended only for the personal and confidential use of the designated recipient(s), and use by any other party is not authorized. If you are not an intended recipient, any review, disclosure, copying, distribution or use of this message, its contents, or any attachments is strictly prohibited. No responsibility is accepted by the sender for any loss or damage arising in any way from the use of this message or any attachments. If you have received this message in error, please notify the sender immediately, delete the message, and destroy all copies.  Unless otherwise indicated in the body of this message, nothing in this communication is intended to operate as an electronic signature under applicable law.

EXHIBIT D

**Garcia, Liana J.**

| | |
|---|---|
| **From:** | Weaver, Sharlee M. |
| **Sent:** | Wednesday, August 12, 2015 11:08 AM |
| **To:** | Garcia, Liana J. |
| **Subject:** | FW: Thornton v. City of Surprise - Amended Scheduling Order |

**From:** Elan Mizrahi [mailto:Elan@tbl-law.com]
**Sent:** Tuesday, June 02, 2015 4:48 PM
**To:** Weaver, Sharlee M.
**Cc:** Tracy Kido; Neal, Kevin D.; Combs, Lincoln; Saltsman, Kelly A.
**Subject:** RE: Thornton v. City of Surprise - Amended Scheduling Order

This is fine and you may sign for me.  I will take a look at your letter, review the file, and get back to you.

**Elan S. Mizrahi, Esq.**
**TITUS BRUECKNER & LEVINE PLC**
**8355 East Hartford Drive, Suite 200**
**Scottsdale, Arizona 85255**
**Phone: 480.483.9600 | Fax: 480.483.3215**
**Email:** elan@tbl-law.com
**Website:** www.tbl-law.com

**TITUS BRUECKNER & LEVINE PLC**
A T T O R N E Y S   A T   L A W

This email message contains information from the law firm Titus Brueckner & Levine PLC that may be confidential or privileged. Such information is intended only for the personal and confidential use of the designated recipient(s), and use by any other party is not authorized. If you are not an intended recipient, any review, disclosure, copying, distribution or use of this message, its contents, or any attachments is strictly prohibited. No responsibility is accepted by the sender for any loss or damage arising in any way from the use of this message or any attachments. If you have received this message in error, please notify the sender immediately, delete the message, and destroy all copies.  Unless otherwise indicated in the body of this message, nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Weaver, Sharlee M. [mailto:sharlee.weaver@gknet.com]
**Sent:** Thursday, May 21, 2015 10:16 AM
**To:** Elan Mizrahi
**Cc:** Tracy Kido; Neal, Kevin D.; Combs, Lincoln; Saltsman, Kelly A.
**Subject:** RE: Thornton v. City of Surprise - Amended Scheduling Order

Sorry here are the attachments.

**From:** Weaver, Sharlee M.
**Sent:** Thursday, May 21, 2015 10:15 AM
**To:** Elan Mizrahi
**Cc:** Tracy Kido; Neal, Kevin D.; Combs, Lincoln; Saltsman, Kelly A.
**Subject:** Thornton v. City of Surprise - Amended Scheduling Order

Attached is the Stipulation to Amend and Proposed Amended Scheduling Order in this matter. Let me know if we have your permission to sign and file with the Court.

In addition, I had sent an email regarding your production of additional documents responsive to our discovery requests. Please let me know if you in fact did produce those documents or not. Thanks!

**Gallagher&Kennedy**

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

**Sharlee M. Weaver**
Legal Assistant to
Kevin D. Neal and Liana J. Garcia
sharlee.weaver@gknet.com
602-530-8170

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

# EXHIBIT E



**Kevin D. Neal**
Shareholder
Direct: (602) 530-8171
Email: kevin.neal@gknet.com

May 27, 2015

Elan S. Mizrahi, Esq.
TITUS BRUECKNER & LEVINE PLC
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255

    Re: **Thornton v. City of Surprise**

Dear Elan:

   After the depositions of the Surprise police officers I asked you about the outstanding document production. You advised that in addition to the objections you made to Plaintiff's Request for Production, a number of documents were sent to Marc Victor's office. His office has confirmed they did not receive these documents. As I advised you at the deposition, I need you to provide me with the documents response to the Request. My Legal Assistant has sent emails requesting the same. Please confirm by sending the documents. If I do not hear from you, I will need to file a motion to compel.

   I also want to confirm that the two internal investigations of the DUI arrest of Mr. Thornton, plus any other reports or investigations into the frequent traffic stops of Mr. Thornton, are included in the production. If you are relying on the objections, or a privilege, then a log will need to be sent identifying what is being withheld and the basis for doing so.

   We have also sent a Stipulation to Amend and Proposed Amended Scheduling Order in this matter. Let me know if we have your permission to sign and file with the Court.

       Very truly yours,

       GALLAGHER & KENNEDY, P.A.

       By:
        Kevin D. Neal

KDN

# EXHIBIT F

**From:** Garcia, Liana J. [mailto:liana.garcia@gknet.com]
**Sent:** Thursday, June 11, 2015 12:00 PM
**To:** Elan Mizrahi
**Cc:** Neal, Kevin D.; Combs, Lincoln; Weaver, Sharlee M.
**Subject:** Thornton v City of Surprise

Hi Elan,

We had talked awhile ago about amending the complaint in Thornton.  I'm attaching a copy of our proposed amended complaint for your review.  Please let me know if you would agree to stipulate to allow us to amend.  Based on the depositions of Otterman and Boothe, we believe the judge will allow it, and would like to avoid unecessary motion work if possible.

Also, I believe you mentioned you gave Marc Victor's office a lot of discovery documents that we don't  seem to have in the file.  Can you get us copies of those?  We'll pay the costs associated with duplication – or I can send a service over to do the copies, whichever is easiest for you.  Please let me know.


Thanks –
Liana

Gallagher&Kennedy

Liana J. Garcia
Attorney Profile
liana.garcia@gknet.com
602-530-8172

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

EXHIBIT G

**Garcia, Liana J.**

| | |
|---|---|
| **From:** | Garcia, Liana J. |
| **Sent:** | Thursday, June 25, 2015 2:59 PM |
| **To:** | 'Elan Mizrahi' |
| **Cc:** | Neal, Kevin D.; Combs, Lincoln; Weaver, Sharlee M. |
| **Subject:** | RE: Thornton v City of Surprise |
| | |
| **Categories:** | #4874149 : 26076 : 0001 |

Hi Elan,

Following up on the discovery issue – I checked with Marc Victor's office again.  They reviewed everything and tell me they have only received the approximately 60 pages disclosed which include the police report, drug eval, and blood draw reports.  Officer Boothe testified that there was an internal investigation, and a second investigation by an outside entity in response to this incident.

Please disclose copies of those documents at your earliest convenience, subject to your ongoing obligations under 26.1. Thanks.



Liana J. Garcia
Attorney Profile
liana.garcia@gknet.com
602-530-8172

---

**From:** Elan Mizrahi [mailto:Elan@tbl-law.com]
**Sent:** Thursday, June 11, 2015 12:55 PM
**To:** Garcia, Liana J.
**Cc:** Neal, Kevin D.; Combs, Lincoln; Weaver, Sharlee M.
**Subject:** RE: Thornton v City of Surprise

I decline to stipulate to this.  Before you joined as counsel I had discussions with prior counsel more than a year ago who told me they were going to amend to add federal claims to which I said I would file for removal and while I waited and waited and purposely didn't conduct discovery thinking we would end up in federal court on different claims, it didn't happen.  You and I had the same conversations last year and you never moved to amend.  We then went forward with all the key depositions and now you want to amend.  I understand that leave to amend it typically granted but that doesn't apply where a party has been dilatory like this.  I am prepping for an arbitration next week but will look at your other issue and get back to you.


**Elan S. Mizrahi, Esq.**
**TITUS BRUECKNER & LEVINE PLC**
**8355 East Hartford Drive, Suite 200**
**Scottsdale, Arizona 85255**
**Phone: 480.483.9600 | Fax: 480.483.3215**
**Email:** elan@tbl-law.com
**Website: www.tbl-law.com**



This email message contains information from the law firm Titus Brueckner & Levine PLC that may be confidential or privileged. Such information is intended only for the

# EXHIBIT H

**Garcia, Liana J.**

| | |
|---|---|
| **From:** | Kathy Clements <kathy@attorneyforfreedom.com> |
| **Sent:** | Thursday, May 07, 2015 2:37 PM |
| **To:** | Weaver, Sharlee M. |
| **Subject:** | Re: Jesse Tornton v. City of Surprise |
| **Attachments:** | Thornton - Defendant's Initial 26.1 Disclosure.pdf; Thornton Defendant's Response to 1st set of NUIs.pdf; Thornton Defendant's Response to 1st set of RFAs.pdf; Thornton Defendant's Response to 1st set of RFPs.pdf |

Sharlee,

      We don't have any hard copies of anything in our office, everything we had was sent over but I will email you copies of the items we had scanned. The only discovery that we have scanned in the system is the Initial 26.1 and the attached discovery responses.  I don't show we received any other discovery.

Kathy Clements
Office Manager and Supervising Paralegal
Marc J. Victor P.C.
480-455-5231

Kathy Clements, Supervising Paralegal and Office Manager - The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or The Law Office of Marc J. Victor, P.C. at (480) 455-5233 <tel:%28480%29%20455-5233> immediately by telephone or by return e-mail and delete this message, along with any attachments, from your computer. Thank you.

On 5/7/15, 1:29 PM, "Weaver, Sharlee M." <sharlee.weaver@gknet.com> wrote:

>Hi Kathy, I am looking for additional documents in this matter. Elan,
>Defendants' counsel, says that he produced hundreds of pages of documents
>with his discovery responses. We do not have any documents. Can you check
>to see if perhaps you still have those? Much appreciated!
>
>Sharlee M. Weaver
>Legal Assistant to
>Kevin D. Neal and Liana J. Garcia
>sharlee.weaver@gknet.com

# EXHIBIT I

**Garcia, Liana J.**

| | |
|---|---|
| **From:** | Weaver, Sharlee M. |
| **Sent:** | Wednesday, August 12, 2015 11:08 AM |
| **To:** | Garcia, Liana J. |
| **Subject:** | FW: Thornton v. City of Surprise - Amended Scheduling Order |

**From:** Elan Mizrahi [mailto:Elan@tbl-law.com]
**Sent:** Tuesday, June 02, 2015 4:48 PM
**To:** Weaver, Sharlee M.
**Cc:** Tracy Kido; Neal, Kevin D.; Combs, Lincoln; Saltsman, Kelly A.
**Subject:** RE: Thornton v. City of Surprise - Amended Scheduling Order

This is fine and you may sign for me.  I will take a look at your letter, review the file, and get back to you.

**Elan S. Mizrahi, Esq.**
**TITUS BRUECKNER & LEVINE PLC**
**8355 East Hartford Drive, Suite 200**
**Scottsdale, Arizona 85255**
**Phone: 480.483.9600 | Fax: 480.483.3215**
**Email:** elan@tbl-law.com
**Website:** www.tbl-law.com

## TITUS BRUECKNER & LEVINE PLC
### A T T O R N E Y S   A T   L A W

This email message contains information from the law firm Titus Brueckner & Levine PLC that may be confidential or privileged. Such information is intended only for the personal and confidential use of the designated recipient(s), and use by any other party is not authorized. If you are not an intended recipient, any review, disclosure, copying, distribution or use of this message, its contents, or any attachments is strictly prohibited. No responsibility is accepted by the sender for any loss or damage arising in any way from the use of this message or any attachments. If you have received this message in error, please notify the sender immediately, delete the message, and destroy all copies.  Unless otherwise indicated in the body of this message, nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Weaver, Sharlee M. [mailto:sharlee.weaver@gknet.com]
**Sent:** Thursday, May 21, 2015 10:16 AM
**To:** Elan Mizrahi
**Cc:** Tracy Kido; Neal, Kevin D.; Combs, Lincoln; Saltsman, Kelly A.
**Subject:** RE: Thornton v. City of Surprise - Amended Scheduling Order

Sorry here are the attachments.

**From:** Weaver, Sharlee M.
**Sent:** Thursday, May 21, 2015 10:15 AM
**To:** Elan Mizrahi
**Cc:** Tracy Kido; Neal, Kevin D.; Combs, Lincoln; Saltsman, Kelly A.
**Subject:** Thornton v. City of Surprise - Amended Scheduling Order

Attached is the Stipulation to Amend and Proposed Amended Scheduling Order in this matter. Let me know if we have your permission to sign and file with the Court.

In addition, I had sent an email regarding your production of additional documents responsive to our discovery requests. Please let me know if you in fact did produce those documents or not. Thanks!

# Gallagher&Kennedy

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

**Sharlee M. Weaver**
Legal Assistant to
Kevin D. Neal and Liana J. Garcia
sharlee.weaver@gknet.com
602-530-8170

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

# EXHIBIT J

**Garcia, Liana J.**

| | |
|---|---|
| **From:** | Garcia, Liana J. |
| **Sent:** | Thursday, June 11, 2015 1:07 PM |
| **To:** | 'Elan Mizrahi' |
| **Cc:** | Neal, Kevin D.; Combs, Lincoln; Weaver, Sharlee M. |
| **Subject:** | RE: Thornton v City of Surprise |
| | |
| **Categories:** | #4937595 : 26076 : 0001 |

OK – I understand.  We'll go ahead and file the motion for leave to amend then.
Let me know about the discovery.
Thanks.



Liana J. Garcia
Attorney Profile
liana.garcia@gknet.com
602-530-8172

**From:** Elan Mizrahi [mailto:Elan@tbl-law.com]
**Sent:** Thursday, June 11, 2015 12:55 PM
**To:** Garcia, Liana J.
**Cc:** Neal, Kevin D.; Combs, Lincoln; Weaver, Sharlee M.
**Subject:** RE: Thornton v City of Surprise

I decline to stipulate to this.  Before you joined as counsel I had discussions with prior counsel more than a year ago who told me they were going to amend to add federal claims to which I said I would file for removal and while I waited and waited and purposely didn't conduct discovery thinking we would end up in federal court on different claims, it didn't happen.  You and I had the same conversations last year and you never moved to amend.  We then went forward with all the key depositions and now you want to amend.  I understand that leave to amend it typically granted but that doesn't apply where a party has been dilatory like this.  I am prepping for an arbitration next week but will look at your other issue and get back to you.


**Elan S. Mizrahi, Esq.**
**TITUS BRUECKNER & LEVINE PLC**
**8355 East Hartford Drive, Suite 200**
**Scottsdale, Arizona 85255**
**Phone: 480.483.9600 | Fax: 480.483.3215**
**Email:** elan@tbl-law.com
**Website:** www.tbl-law.com

# TITUS BRUECKNER & LEVINE PLC
### ATTORNEYS AT LAW

This email message contains information from the law firm Titus Brueckner & Levine PLC that may be confidential or privileged. Such information is intended only for the personal and confidential use of the designated recipient(s), and use by any other party is not authorized. If you are not an intended recipient, any review, disclosure, copying, distribution or use of this message, its contents, or any attachments is strictly prohibited. No responsibility is accepted by the sender for any loss or damage arising in any way from the use of this message or any attachments. If you have received this message in error, please notify the sender immediately, delete the message, and destroy all copies.  Unless otherwise indicated in the body of this message, nothing in this communication is intended to operate as an electronic signature under applicable law.

# EXHIBIT K



# Surprise Police Department

## 2014 Annual Report



Prepared by Lt. John Heffelfinger

**2014**   SURPRISE POLICE DEPARTMENT

# TABLE OF CONTENTS

Message from the Chief                    3
Mission, Vision and Values                4
Organizational Chart                      5
Demographics/Staffing                     6

**2014 Statistical Review**
UCR Part 1 Crimes                         7
Calls for Service & Arrest                8
Traffic DUI's, Citations, Collisions      9
Beat Map                                 10
Beats & Part 1 Crimes                    11
Beats & Quality of Life                  12
Response Times                           13

**Field Operations Division**
Field Operations Overview                14
Special Weapons & Tactics                14
Crisis Negotiations Team                 15
School Resource Officers                 15

**Criminal Investigations Division**
Division Information                      16
Property Crimes Unit                     16
Crimes Against Persons Unit              16
Neighborhood Response Unit               17
Victim Assistance Unit                   17
Crime Analysis                           18
Crime Prevention                         18
Citizens Patrol Unit                     18

**Administrative Services Division**
Division Information                      21
Records Unit                             21
Financial Management                     21
Grant Funds                              22
Communications Section                   22
Property and Evidence Unit               23
Vehicle Impound Program                  23

**Professional Standards & Training Division**
Division Information                      24
CALEA Accreditation                      24
Recruitment Unit                         25
Training Unit                            25

**2014 Awards & Recognition**
Service Awards                           26

# PROFESSIONAL STANDARDS UNIT

The *Professional Standards Unit (PSU)* is part of the *Professional Standards and Training Division (PSTD)*. This unit, which is comprised of a commander and two sergeants, is overseen by the Assistant Chief of Police, who reports directly to the Chief of Police.

PSU maintains control over all administrative inquiries and investigations brought into the Department through the complaint process, and maintains professionalism within the department. This control includes the case numbers assigned, corresponding documentation, and storage of the results of the investigation, as well as any copies of corrective action or discipline issued as a result of an investigation. The unit is responsible for the records storage of all Administrative Investigations, Collision Review Boards (CRB), Pursuit Review Boards (PRB), Use of Force (UOF), Departmental audits and inspections, and assisting the City Attorney's Office and the Human Resource Department with matters pertaining to Police Department personnel. The unit is also responsible for the training of Department personnel in matters relating to the functions of the Professional Standards Unit.

The Surprise Police Department responded to 96,252 incidents in 2014, which resulted in 1,817 booking arrests, 1,115 field arrests and 436 cite and release arrests. Although the department arrested a total of 3,368 individuals, only 68 Use of Force incidents were reported, with zero fatalities occurring to either the suspect(s) or officers.

The following table summarizes the 2014 calendar year and provides a comparison with 2010 through 2014.

| Activity | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|
| Divisional Investigations (Non-PSU) | 79 | 86 | 86 | 91 | 49 |
| Internal Investigations (PSU Investigated) | 36 | 27 | 27 | 38 | 52 |
| Performance Improvement Plan | 1 | 0 | 0 | 1 | 0 |
| Collision Review Board (number of collisions) | 26 | 13 | 13 | 20 | 23 |
| Complaints Concerning Discriminatory Practices | 0 | 0 | 0 | 3 | 1 |

## CALEA Accreditation



As part of the commitment to maintaining the highest standards of professionalism and providing the community with exceptional police services, the Surprise Police Department has voluntarily participated in the accreditation process since 2007. The Department is one of 880 law enforcement agencies in the United States that are currently accredited by the Commission on Accreditation for Law Enforcement Agencies (CALEA ®). In order to achieve and maintain accreditation, CALEA requires agencies to comply with 481 state-of-the-art standards in four basic areas: policies and procedures, administration, operations, and support services.

The CALEA accreditation process, itself, is a proven management model. Once implemented, it presents an agency's Chief Executive Officer, on a continuing basis, with a blueprint that

1   Kevin D. Neal (Bar No. 011640)
    Lincoln Combs (Bar No. 025080)
2   Liana J. Garcia (Bar No. 027452)
    GALLAGHER & KENNEDY, P.A.
3   2575 East Camelback Road
    Phoenix, Arizona  85016-9225
4   Telephone:   (602) 530-8000
    Facsimile:    (602) 530-8500
5   kevin.neal@gknet.com
    lincoln.combs@gknet.com
6   liana.garcia@gknet.com

7   Marc J. Victor (Bar No. 016064)
    Marc J. Victor, P.C.
8   3920 S. Alma School Road, Suite 5
    Chandler, Arizona 85248
9   Telephone:  (480) 455-5233
    Fax:  (480) 857-0150
10  marc@attorneyforfreedom.com

11  Attorneys for Plaintiff Jessie Thornton

12              **SUPERIOR COURT OF THE STATE OF ARIZONA**

13                       **COUNTY OF MARICOPA**

14
    JESSIE THORNTON,                    No. CV2013-096393
15
                 Plaintiff,            **RULE 37(a)(2)(c) STATEMENT OF**
16                                     **COUNSEL IN SUPPORT OF**
    v.                                 **PLAINTIFF'S MOTION TO**
17                                     **COMPEL**
    CITY OF SURPRISE, a jural entity; J.J.
18  OTTERMAN and JANE DOE              (Assigned to the Honorable David K.
    OTTERMAN, husband and wife; JOHN   Udall)
19  and JANE DOES I-X; BLACK and WHITE
    CORPORATIONS I-X, inclusive,
20
                 Defendants.
21

22          I am one of the attorneys representing Plaintiff Jessie Thornton in the above-noted

23  lawsuit. I and other attorneys and staff members at my firm have made several good faith

24  efforts to resolve the discovery issues identified in Plaintiff's Motion to Compel, as set

25  forth in that Motion and its accompanying exhibits. After personal consultation and good

26  faith efforts to resolve these matters, I have been unable to satisfactorily do so.

*Gallagher & Kennedy, P.A.*
*2575 East Camelback Road*
*Phoenix, Arizona 85016-9225*
*(602) 530-8000*

4996612v1/26076-0001

DATED this 21st day of August, 2015.

                                              GALLAGHER & KENNEDY, P.A.


                                              By: /s/ Kevin D. Neal
                                                  Kevin D. Neal
                                                  Lincoln Combs
                                                  Liana J. Garcia
                                                  2575 East Camelback Road
                                                  Phoenix, Arizona  85016-9225
                                                  Attorneys for Plaintiff Jessie Thornton

COPY mailed same day to:

Larry J. Crown, Esq.
Elan S. Mizrahi, Esq.
TITUS, BRUECKNER & LEVINE PLC
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
E-mail: lcrown@tbl-law.com
E-mail: elan@tbl-law.com
*Attorneys for Defendants*

Sharlee Weaver

4996612v1/26076-0001