Elan S. Mizrahi (No. 017388)
Larry J. Crown (SBN 013133)
**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive, Suite 200
Scottsdale, Arizona 85255
Telephone:  480-483-9600
Facsimile:  480-483-3215
Email:  elan@tbl-law.com
  lcrown@tbl-law.com
*Attorneys for Defendants*

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JESSIE THORNTON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SURPRISE, a jural entity; J.J. OTTERMAN and JANE DOE OTTERMAN, husband and wife, et al.,<br><br>  Defendants. | Case No.: CV2013-096393<br><br>**NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable David K. Udall) |

TO:  THE CLERK OF THE SUPERIOR COURT AND ALL PARTIES HERETO AND THEIR ATTORNEYS

Defendants City of Surprise ("Surprise") and J.J. Otterman ("Officer Otterman") by and through counsel undersigned, hereby give notice of the removal of this action from the Maricopa County Superior Court to the United States District Court for the District of Arizona, Phoenix Division. A copy of the Notice of Removal filed with the United States District Court for the District of Arizona is attached as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further with this action.

DATED this  6th  day of November, 2015.

**TITUS BRUECKNER & LEVINE PLC**

By: /s/ Elan S. Mizrahi
  Larry J. Crown
  Elan S. Mizrahi
  *Attorneys for Defendants*

- 1 -

1 | ORIGINAL of the foregoing filed electronically via AZTurboCourt on this
2 |   6th   day of November, 2015 with:

3 | The Clerk of the Court
Maricopa County Superior Court
4 | 201 West Jefferson Street
Phoenix, Arizona 85003-2243

5 |

6 | COPY of the foregoing delivered electronically this 6th day of November, 2015 to:

7 |

The Honorable David K. Udall

8 |

9 | COPY of the foregoing mailed on this 6th day of November, 2015 to:

10 |

Kevin D. Neal
11 | Lincoln Combs
Liana J. Garcia
12 | Gallagher & Kennedy, PA
2575 East Camelback Road
13 | Phoenix, AZ 85016-9225

14 | Marc J. Victor
Marc J. Victor, PC
15 | 3920 S. Alma School Road, Suite 5
Chandler, AZ 85248

16 |

17 | /s/ *Karin A. Meister*
_____
8962-004

**TITUS BRUECKNER & LEVINE PLC**
8355 East Hartford Drive – Suite 200
Scottsdale, AZ 85255
480-483-9600

- 2 -

| | |
|---|---|
| **From:** | TurboCourt Customer Service |
| **To:** | Karin Meister |
| **Subject:** | AZTurboCourt E-Filing Courtesy Notification |
| **Date:** | Friday, November 06, 2015 10:20:16 AM |

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #1607784 has been DELIVERED to Maricopa County.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: CV2013-096393 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Thornton Vs. City Of Surprise, Et.Al.
Filed By: Larry J Crown
AZTurboCourt Form Set: #1607784
Keyword/Matter #: 8962-004-Thornton v. Surprise
Delivery Date and Time: Nov 06, 2015 10:20 AM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)


Attached Documents:
Notice of Removal to Federal Court: Notice of Removal